# EXHIBIT E



Robert Tauler <rtauler@taulersmith.com>

## Fw: In re: Outlaw Laboratory, LP Litigation

**From:** Mark Poe <mpoe@gawpoe.com>
**Sent:** Saturday, March 23, 2019 8:06 PM
**To:** dh@hannallp.com; CP Service
**Subject:** RE: In re: Outlaw Laboratory, LP Litigation

Hi Chris, based on one of the Stores' responses in the E.D. Mich. case below, it's looking like you lied to me about the demand letter, buddy.

You guys ever watch Peaky Blinders? You can think of me as the parole officer in that show. And just like him, my question to you is whether you want to be a shitbird, or whether you want to soar like an eagle.

RICO has a nationwide service of process provision, so it doesn't matter whether you guys have ever set foot in California, when the question is whether a San Diego jury can find you jointly and severally liable for thrice the

damages the Outlaw Enterprise has inflicted on the victims of your scheme.

And Chris, when you call me on the phone and lie to me directly and act like we're friends, it makes me think that you're actually part of the 1962(d) conspiracy that we've alleged, and that your statements to me were a deceptive effort using the wires of the United States, to try to throw me off the trail. So if we allege in the Stores' amended pleading that Defendant Boss called me on the wires and lied to me in furtherance of the conspiracy, it's definitely gonna stick.

It might be that the only appropriate step is to bring you both out to San Diego as defendants, so that you can tell Judge Curiel and the jury why you're not a shitbird trying to scam hardworking immigrants out of money, but you're actually an eagle trying to protect everyone's health. Which of those do you think the jury's going to believe though?

There's only one way out of this, guys. I'll entertain offers of non-privileged information about the control and conduct of the Outlaw Enterprise before we name you both as defendants. If you cooperate, my clients are willing to enter a covenant not to sue. But unless you take the initiative to contact me, the next communication you'll receive is from our process server. Don't do anything stupid in the meantime.

Thanks guys,
Mark

Case 3:18-cv-12497-RHC-SDD   ECF No. 81   filed 10/30/18   PageID.545   Page 5 of 11

**Facts Concerning Outlaw's Conduct**

8. On or about February 26, 2018, Outlaw sent a demand letter to Sunoco which was nothing more than a veiled attempt at what appears to be a shakedown of Counter-Plaintiff. The demand letter failed to specifically state what Counter-Defendant allegedly did wrong. Based upon reasonable belief and suspicion, Outlaw sent this exact same boilerplate letter making the same extortionist demand to hundreds of small businesses across the United States in hopes of a quick settlement.

---

**From:** Mark Poe <mpoe@gawpoe.com>
**Sent:** Wednesday, March 20, 2019 11:21 AM
**To:** 'dh@hannallp.com' <dh@hannallp.com>; 'cpservice@bosslegal.com' <cpservice@bosslegal.com>
**Subject:** In re: Outlaw Laboratory, LP Litigation

Mr. Hanna and Mr. Boss:

We are counsel for the counter-claimants, third-party plaintiffs, and putative classes in *In re: Outlaw Laboratory, LP Litigation* in San Diego. Based on the attached order, we are currently investigating which members of the Outlaw Enterprise described in the attached pleading need to be added as defendants in this case, pursuant to RICO's nationwide service of process provision, 18 U.S.C. Sec. 1965(b). We see that your firms have filed an identical action in E.D. Mich., making it appear that you are participating in the conduct of the affairs of the Enterprise, against members of our classes.

By the end of Friday, please advise on the following points:

- Whether you have been effectuating the shakedown pursuant to a demand letter similar to or identical to the attached;
- Who specifically you take direction from with respect to the scheme;
- How the fees that you earn from this scheme are calculated;
- Whether you and your firm intend to persist in shaking down more members of the putative class in Michigan or elsewhere;
- The total amount of revenue you have collected on behalf of the Enterprise through "settlements;"
- The names and contact info for any attorneys who have contacted you on behalf of one or more of the stores.

Feel free to provide this information either in writing or by phone.

Sincerely,
Mark

Mark Poe
Gaw | Poe LLP
www.gawpoe.com
Embarcadero 4, Suite 1400
San Francisco, CA 94111
(415) 766-7451