**Sergenian Ashby LLP**
David A. Sergenian (SBN 230174)
david@sergenianashby.com
1055 West Seventh Street, 33rd Floor
Los Angeles, California 90017
Tel. (323) 318-7771

*Attorneys for Third-Party Defendant*
*Tauler Smith LLP*

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Outlaw Laboratory, LP Litigation** | Case No. 3:18–cv–840–GPC–BGS consolidated with 3:18–cv–1882–GPC–BGS |
| | **Declaration of Robert Tauler in Support of Joint Submission Regarding Privilege Issues for the Stores' Second Document Requests** |

# DECLARATION OF ROBERT TAULER

I, Robert Tauler, declare as follows:

1.     I am a founding partner of Third-Party Defendant Tauler Smith, LLP ("TSLLP"). I make this declaration in support of Tauler Smith LLP's portion of the Joint Submission Regarding Privilege Issues for the Stores' Second Document Requests.

2.     I have reviewed Requests for Production Nos. 18, 19, 21, 24, and 25 to TSLLP. I have also reviewed documents that are privileged or subject to work product protection that are responsive to these requests. A conservative estimate of the number of documents that are responsive to these requests is in excess of 3,000 documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed on June 24, 2020, in Los Angeles, California.

*/s/ Robert Tauler*
Robert Tauler

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

*In Re: Outlaw Laboratory, LP Litigation*, Case No.: 3:18-cv-00840-GPC-BGS

   I hereby certify that on June 24, 2020, copies of **Declaration of Robert Tauler in Support of Joint Submission Regarding Privilege Issues for the Stores' Second Document Requests** were filed electronically through the Court's CM/ECG system, and served by U.S. mail on all counsel of record unable to accept electronic filing.


**Sergenian Ashby LLP**


By: */s/ David A. Sergenian*
David A. Sergenian
*Attorneys for Third-Party Defendant*
*Tauler Smith LLP*

– 1 –