<div style="column-count:2">

1  MARK POE (Bar No. 223714)
   mpoe@gawpoe.com
2  RANDOLPH GAW (Bar No. 223718)
   rgaw@gawpoe.com
3  SAMUEL SONG (Bar No. 245007)
   ssong@gawpoe.com
4  VICTOR MENG (Bar No. 254102)
   vmeng@gawpoe.com
5  GAW | POE LLP
   4 Embarcadero, Suite 1400
6  San Francisco, CA 94111
   Telephone: (415) 766-7451
7  Facsimile: (415) 737-0642

*Counsel for the Stores*

Sean M. Reagan (*pro hac vice*)
Leyh, Payne & Mallia, PPC
sreagan@lpmfirm.com
9545 Katy Freeway, Suite 200
Houston, Texas 77024
Telephone: (713) 785-0881
Facsimile: (713) 784-0338

Michael R. Dufour (SBN 290981)
mrd@dufourlawfirm.com
8675 Falmouth Ave., Suite 307
Playa Del Rey, California 90293
Telephone: (213) 200-9809
Facsimile: (424) 389-7236

*Counsel for Outlaw Laboratory, LP, Michael Wear and Shawn Lynch*

</div>

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No. 3:18-cv-840-GPC-BGS <br><br> **JOINT NOTICE OF SETTLEMENT OF THE STORES' CLAIMS AGAINST OUTLAW LABORATORY, MICHAEL WEAR, AND SHAWN LYNCH; REQUEST FOR ENTRY OF STIPULATED INJUNCTION** |
|---|---|

Counterclaimant Roma Mikha, Inc. and third-party plaintiffs NMRM, Inc. and Skyline Market, Inc. (together, the "Stores") and Outlaw Laboratory, Michael Wear and Shawn Lynch (together "Outlaw") hereby jointly notify the Court that they have reached a settlement of the Stores' claims against Outlaw.

Pursuant to the terms of that settlement agreement, while denying liability, Outlaw has agreed to the terms of a proposed consent judgment and stipulated injunction prohibiting Outlaw from further pursuit of the claims that underlie this litigation. As reflected in the accompanying proposed stipulated injunction, Outlaw agrees, *inter alia*, that it will cease bringing any litigation or demand against any retail store in the United States regarding the alleged false advertising of any "sexual enhancement products;" that it will cease receiving money from any retail stores related to such claims that have already been asserted; that it will instruct all counsel acting on its behalf to cease any and all collection efforts with respect to previously asserted claims against retail stores nationwide; and that Mr. Wear and Mr. Lynch will agree to make themselves available to testify at trial.

Accordingly, the Stores and Outlaw jointly request entry of the accompanying proposed "Consent Judgment and Stipulated Permanent Injunction," which fully resolves all claims that the Stores have brought against Outlaw in this litigation.

Dated: July 7, 2020                GAW | POE LLP


By:   s/ *Mark Poe*
      Mark Poe
      Counsel for the Stores

| | | |
|---|---|---|
| 1 | Dated: July 7, 2020 | LEYH, PAYNE & MALLIA, PLLC |
| 2 | | |
| 3 | | By: */s/ Sean Reagan* |
| 4 | | Sean M. Reagan |
| | | Counsel for Outlaw, Mr. Lynch, Mr. Wear |

**CERTIFICATE OF SERVICE**

Case No. 3:18-cv-840-GPC-BGS

I HEREBY CERTIFY that on July 7, 2020, I filed the following documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

**JOINT NOTICE OF SETTLEMENT OF THE STORES' CLAIMS AGAINST OUTLAW LABORATORY, MICHAEL WEAR, AND SHAWN LYNCH; REQUEST FOR ENTRY OF STIPULATED INJUNCTION**

GAW | POE LLP

By:   s/ *Mark Poe*
      Mark Poe