1 **Sergenian Ashby LLP**
2 David A. Sergenian (SBN 230174)
  david@sergenianashby.com
3 1055 West Seventh Street, 33rd Floor
  Los Angeles, California 90017
4 Tel. (323) 318-7771
5
6 *Attorneys for Third-Party Defendant*
  *Tauler Smith LLP*
7
8
    THE UNITED STATES DISTRICT COURT
9
    FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11
12 **In re Outlaw Laboratory, LP Litigation**  | Case No. 3:18–cv–840–GPC–BGS consolidated with 3:18–cv–1882–GPC–BGS
13
14 | **DISCOVERY MATTER**
15
16 | **Third-Party Defendant Tauler Smith LLP's *Ex Parte* Application to Quash Subpoena to Joseph Valerio**
17
18
19
20
21
22
23
24
25
26
27
28

1 **To All Parties and Their Attorneys of Record:**

2 **Please Take Notice** that Third-Party Defendant Tauler Smith LLP ("TSLLP") will and hereby does apply to the Court *ex parte* pursuant to Civil Local Rule 83.3(g)(2) and Fed. R. Civ. P. 45(3)(A)(iii) for an order quashing the subpoena issued by Defendant-counterclaimant Roma Mikha, Inc., and third-party plaintiffs NMRM, Inc. and Skyline Market, Inc. (the "Stores") to Joseph Valerio.

This application is based upon the attached memorandum of points and authorities, the declaration of David A. Sergenian and exhibit, and the record.

Dated: August 18, 2020       Respectfully submitted,

**Sergenian Ashby LLP**

By: */s/David A. Sergenian*
David A. Sergenian
*Attorneys for Third-Party Defendant Tauler Smith LLP*

– 1 –

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | In Re: Outlaw Laboratory, LP Litigation, Case No.: 3:18-cv-00840-GPC- |
| 3 | BGS |
| 4 | I hereby certify that on August 18, 2020, copies of **Third-Party Defend-** |
| 5 | **ant Tauler Smith LLP's *Ex Parte* Application to Quash Subpoena to** |
| 6 | **Joseph Valerio** were filed electronically through the Court's CM/ECG sys- |
| 7 | tem, and served by U.S. mail on all counsel of record unable to accept electronic |
| 8 | filing. |

# CERTIFICATE OF SERVICE

In Re: Outlaw Laboratory, LP Litigation, Case No.: 3:18-cv-00840-GPC-BGS

I hereby certify that on August 18, 2020, copies of **Third-Party Defendant Tauler Smith LLP's *Ex Parte* Application to Quash Subpoena to Joseph Valerio** were filed electronically through the Court's CM/ECG system, and served by U.S. mail on all counsel of record unable to accept electronic filing.

**Sergenian Ashby LLP**

By: */s/David A. Sergenian*
David A. Sergenian
*Attorneys for Third-Party Defendant*
*Tauler Smith LLP*

– 1 –