**Sergenian Ashby LLP**
David A. Sergenian (SBN 230174)
david@sergenianashby.com
1055 West Seventh Street, 33rd Floor
Los Angeles, California 90017
Tel. (323) 318-7771

*Attorneys for Third-Party Defendant*
*Tauler Smith LLP*

## THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Outlaw Laboratory, LP Litigation** | Case No. 3:18–cv–840–GPC–BGS consolidated with 3:18–cv–1882–GPC–BGS |
| | **Reply Declaration of Robert Tauler in Support of Third-Party Defendant Tauler Smith LLP's Motion for Summary Judgment, or in the Alternative, Summary Adjudication** |
| | Date:       September 11, 2020 |
| | Time:       1:30 p.m. |
| | Hon. Gonzalo P. Curiel |
| | Courtroom 2D |

# DECLARATION OF ROBERT TAULER

I, Robert Tauler, declare as follows:

1.      I am the managing partner of Tauler Smith LLP ("TSLLP"). The facts set forth in this Declaration are true of my own knowledge, and if called upon to testify, I could and would testify as thereto.

2.      Attached as **Exhibit 30** is a true and correct copy of a letter from myself to James Stovall, Michael Wear, and Shawn Lynch regarding an "Addendum to Engagement Agreement and Assignment of Interests," dated November 24, 2017.

3.      Attached as **Exhibit 31** is a true and correct copy of a letter from myself to James Stovall regarding an "Addendum to Engagement Agreement," dated July 26, 2017.

4.      Attached as **Exhibit 32** is a true and correct copy of an email exchange between myself, Michael Wear and Shawn Lynch with the subject line "Is this accurate?" dated December 1, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of August 2020.


*/s/ Robert Tauler*
Robert Tauler

---

# Exhibit 30



Robert Tauler, Esq.
(310) 590-3927
rtauler@taulersmith.com

November 24, 2017

James Stovall
JST Distribution LLC
C/O Latimer & Latimer, P.C.
26029 Aldine Westfield, Suite 206
Spring, TX 77373

Michael Wear
Shawn Lynch
Outlaw Laboratory, LP
6666 Gulf Freeway
Houston, TX 77087

**Re:** <u>**Addendum to Engagement Agreement and Assignment of Interests**</u>

Dear Messrs. Stovall, Wear and Lynch:

This agreement shall modify, amend, and restate, the engagement agreement dated March 28, 2017 and the First Addendum dated July 26, 2017 (the "Prior Engagement Agreements").

Client JST Distribution LLP ("JST") hereby agrees that all rights and interests in the "Prior Representation" shall be transferred and assigned to Outlaw Laboratory, LP ("Outlaw") as of the date of execution of this Addendum. JST and Outlaw (the "Parties") have reached a separate agreement (the "Parties' Agreement") regarding the transfer of said interests summarized as follows: (1) all cease and desist letters moving forward will be made on behalf of Outlaw and no further cease and desist letters will be made on behalf of JST; (2) all matters initiated on behalf of JST will be completed at the direction of JST, including ongoing litigation and resolution of demand letters previously sent on its behalf.

The Parties waive all conflicts that result from the Parties' Agreement and hereby give their informed consent for the Firm to proceed according to the terms above. Outlaw acknowledges that it has reviewed the Prior Engagement Agreements and agrees to be bound by their terms.

The other provisions in the Initial Representation shall remain intact.

Sincerely,

Robert Tauler, Esq.

JST/Outlaw
November 24, 2017
Page 2


**I hereby agree to retain Tauler Smith LLP on the terms described above.**

JST Distribution LLC

Dated: 11·27·17

By: James Stovall

Outlaw Laboratory, LP

Dated: 11-27-17

By: Michael Wear

Outlaw Laboratory, LP

Dated:_____

By: Shawn Lynch

Exhibit 31



Robert Tauler, Esq.
(310) 590-3927
rtauler@taulersmith.com

July 26, 2017

James Stovall
JST Distribution LLC
C/O Latimer & Latimer, P.C.
26029 Aldine Westfield, Suite 206
Spring, TX 77373

**Re:** **Addendum to Engagement Agreement**

Dear Mr. Stovall:

This addendum This agreement shall modify, amend, and restate, the engagement agreement dated March 28, 2017 (the "Initial Representation").

**A.** **Fees**. Client has agreed that as of today's date a balance of $87,473 (after settlement credits) is due and owing to the Firm as indicated by the invoices served concurrently with this addendum. Client will be paying the Firm the invoices in full. Firm will no longer bill Client on an hourly basis. Client and Firm shall now have the following fee arrangement.

**1.** **Contingency Fee Arrangement**.

The Firm shall be entitled to 25% of all the net proceeds stemming from all claims made by Client related to the sale of adulterated male enhancement products in gas stations, convenience stores, and liquor stores ("Gas Station Cases"). Net proceeds shall be the net of gross amounts collected minus costs as agreed by the parties.

The Firm shall be entitled to 50% of the net proceeds stemming from all false advertising and RICO claims made by Client related to the sale of adulterated male enhancement products on adult websites already provided as of this date ("Adult Website Cases"). The first hundred thousand dollars ($100,000) collected from this date forward shall be held in trust by the Firm to cover out of pocket operating expenses related to the Gas Station Cases, including phone staff, data management team, drafting team, negotiating team and mail team, to be invoiced as needed. These amounts shall be reimbursed to the parties pro rata once the Gas Station Cases are cash flow positive. Postage costs, software costs, and letter material costs incurred by the Firm shall be reimbursed on a monthly basis by Pulaski law firm at the direction of Client under the terms of their agreement.

James Stovall
July 25, 2017
Page 2

The other provisions in the Initial Representation shall remain intact.  We are honored to have another opportunity to work with you, and look forward to a long and mutually beneficial relationship.

Sincerely,

Robert Tauler, Esq.

**I hereby agree to retain Tauler Smith LLP on the terms described above.**

JST Distribution LLC

Dated: 7-28-17

By: James Stovall

Exhibit 32

Gmail                                                                    Robert Tauler <rtauler@taulersmith.com>

---

**Re: Is this accurate?**

---

**Shawn Lynch** <shawn@tfsupplements.com>                              Fri, Dec 1, 2017 at 2:56 PM
To: Robert Tauler <rtauler@taulersmith.com>
Cc: mike@tfsupplements.com

Distributed in all 50 states.

We don't have 100 retail locations selling tri steel but we have shipped everywhere

On Dec 1, 2017, at 3:16 PM, Robert Tauler <rtauler@taulersmith.com> wrote:

> Plaintiff is the manufacturer of competing products called "TriSteel" and "TriSteel 8hour," which are all natural male enhancement products made in the USA and sold in hundreds of retail stores in all 50 US States.

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com

1

## CERTIFICATE OF SERVICE

2       In Re: Outlaw Laboratory, LP Litigation, Case No.: 3:18-cv-00840-GPC-

3  BGS

4       I hereby certify that on August 21, 2020, copies of **Reply Declaration**

5  **of Robert Tauler in Support of Third-Party Defendant Tauler Smith**

6  **LLP's Motion for Summary Judgment, or in the Alternative, Sum-**

7  **mary Adjudication** were filed electronically through the Court's CM/ECG

8  system, and served by U.S. mail on all counsel of record unable to accept elec-

9  tronic filing.

10

11                          **Sergenian Ashby LLP**

12

13                          By: _/s/David A. Sergenian_
                            David A. Sergenian
14                          _Attorneys for Third-Party Defendant_
                            _Tauler Smith LLP_
15

16

17

18

19

20

21

22

23

24

25

26

27

28

--- 1 ---