**Sergenian Ashby LLP**
David A. Sergenian (SBN 230174)
david@sergenianashby.com
1055 West Seventh Street, 33rd Floor
Los Angeles, California 90017
Tel. (323) 318-7771

*Attorneys for Third-Party Defendant*
*Tauler Smith LLP*

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Outlaw Laboratory, LP Litigation** | Case No. 3:18–cv–840–GPC–BGS consolidated with 3:18–cv–1882–GPC–BGS |
| | **Supplemental Reply Declaration of Robert Tauler in Support of Third-Party Defendant Tauler Smith LLP's Motion for Summary Judgment, or in the Alternative, Summary Adjudication** |
| | Date:     September 11, 2020 |
| | Time:     1:30 p.m. |
| | Hon. Gonzalo P. Curiel |
| | Courtroom 2D |

### DECLARATION OF ROBERT TAULER

I, Robert Tauler, declare as follows:

1.     I am the managing partner of Tauler Smith LLP ("TSLLP"). The facts set forth in this Declaration are true of my own knowledge, and if called upon to testify, I could and would testify as thereto.

2.     With apologies to the Court, it appears that an email was omitted from TSLLP's reply papers filed on August 21, 2020, which was intended to be part of the record on summary judgment. Attached as **Exhibit 33** is a true and correct copy of an email exchange dated January 7–8, 2019, between Michael Wear, Shawn Lynch, Eric Boss, Adam Pulaski, and me. As set forth in the email, I informed Outlaw Labs that TSLLP would seek *quantum meruit* compensation for work it had performed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of August 2020.


*/s/ Robert Tauler*
Robert Tauler

– 1 –

Exhibit 33



---------- Forwarded message ---------
From: **Robert Tauler** <rtauler@taulersmith.com>
Date: Tue, Jan 8, 2019 at 4:09 PM
Subject: Re: Termination
To: <mike@tfsupplements.com>
Cc: Shawn Lynch <shawn@tfsupplements.com>, Eric Boss
<eric@pulaskilawfirm.com>, Adam Pulaski <adam@pulaskilawfirm.com>

Mike,

I am sorry this didn't work out the way you wanted.  Pursuant to section I.F. of
our original engagement agreement dated March 28, 2017 (the "Engagement
Agreement"), we will cease to render any additional services except as otherwise
required by the California Rules of Professional Conduct.

In this regard, we will dismiss without prejudice the remaining California state
court cases.  I have also attached a substitution form that can be used for the S.D
Cal. Litigation, Nevada Litigation and N.D. Tx. litigation federal litigation.
Please have your new counsel fill these out and execute forthwith.  Please note
we have discovery responses due in the S.D. Cal case in ten days that I am happy
to assist with during the transition.

Pursuant to section I.F. of the Engagement Agreement and the addenda thereto
dated July 26th, 2017, October 20, 2017 and November 24, 2017 , I will be
sending Outlaw an invoice for our attorney's fees incurred from July 26, 2017
through today, by the end of this week. (*Fracasse v. Brent,* 6 Cal.3d 784, 790-792
(1972).)(When a contingency attorney is discharged, the general measure of
recovery is the reasonable value of attorney's services rendered to the time of
discharge.)

Best of luck,

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
(213) 927-9270
www.taulersmith.com

 ao154_0.pdf 95KB                                    Download 

On Mon, Jan 7, 2019 7:23 PM, mike@tfsupplements.com mike@tfsupplements.com
wrote:

Robert,

 Shawn and I aren't willing to keep our case load on hold for another week. This has dragged
on long enough.

We have offered you a much larger percentage with an accurate scope of work that you have
declined. If that agreement isn't acceptable we will find a new firm that will do the work.

You have until 5PM CST tomorrow to agree. If you don't agree this email will serve as your
official termination effective at 5pm CST on Jan. 8th 2019.

We will be available next week for mediation to determine what claims you have on the
existing case load.

Regards,

Mike Wear

1

**CERTIFICATE OF SERVICE**

2      In Re: Outlaw Laboratory, LP Litigation, Case No.: 3:18-cv-00840-GPC-

3 BGS

4      I hereby certify that on August 23, 2020, copies of **Supplemental Reply**

5 **Declaration of Robert Tauler in Support of Third-Party Defendant**

6 **Tauler Smith LLP's Motion for Summary Judgment, or in the Alter-**

7 **native, Summary Adjudication** were filed electronically through the

8 Court's CM/ECG system, and served by U.S. mail on all counsel of record un-

9 able to accept electronic filing.

10

11                          **Sergenian Ashby LLP**

12

13                          By: */s/ David A. Sergenian*
                            David A. Sergenian
14                          *Attorneys for Third-Party Defendant*
15                          *Tauler Smith LLP*

16

17

18

19

20

21

22

23

24

25

26

27

28

– 1 –

Suppl. Reply Declaration of Robert Tauler                    Case No. 3:18–cv–840–GPC–BGS
ISO MSJ                                      Consolidated with 3:18–cv–1882–GPC–BGS