# Exhibit L

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



Outlaw Laboratory, LP
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| Terms | Service Through |
|  | 10/31/2018 |

**Trust Account Summary**

**Billing Period: 08/15/2018 - 11/01/2018**

| Matter: Male Enhancement Project | | |
|---|---|---|
| Total Deposits | Total Disbursements | Current Balance |
| $432,995.50 | $493,695.88 | $14,985.50 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 08/16/2018 |  |  | $100,000.00 | ($24,314.12) |
| 08/17/2018 | Received From - | $3,500.00 |  | ($20,814.12) |
| 08/17/2018 | Received From - | $500.00 |  | ($20,314.12) |
| 08/17/2018 | Received From - | $2,800.00 |  | ($17,514.12) |
| 08/21/2018 | Received From - | $1,400.00 |  | ($16,114.12) |
| 08/21/2018 | Received From - | $2,800.00 |  | ($13,314.12) |
| 08/21/2018 | Received From - | $3,000.00 |  | ($10,314.12) |
| 08/21/2018 | Received From - | $2,500.00 |  | ($7,814.12) |
| 08/21/2018 | Received From - | $2,500.00 |  | ($5,314.12) |
| 08/22/2018 | Received From - | $1,750.00 |  | ($3,564.12) |
| 08/22/2018 | Received From - | $1,750.00 |  | ($1,814.12) |

TIN: 47-3237920

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



**Outlaw Laboratory, LP**
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| **Terms** | **Service Through** |
|  | 10/31/2018 |

| | | | | |
|---|---|---|---|---|
| 08/22/2018 | Received From | | $2,500.00 | $685.88 |
| 08/22/2018 | Received From | | $2,500.00 | $3,185.88 |
| 08/22/2018 | Received From | | $2,500.00 | $5,685.88 |
| 08/22/2018 | Received From | | $3,500.00 | $9,185.88 |
| 08/22/2018 | Received From | | $3,500.00 | $12,685.88 |
| 08/22/2018 | Received From | | $2,500.00 | $15,185.88 |
| 08/22/2018 | Law Office of A | | $5,000.00 | $10,185.88 |
| 08/24/2018 | Received From | | $1,400.00 | $11,585.88 |
| 08/24/2018 | Received From | | $1,400.00 | $12,985.88 |
| 08/24/2018 | Received From | | $2,800.00 | $15,785.88 |
| 08/24/2018 | Received From | | $2,500.00 | $18,285.88 |
| 08/24/2018 | Received From | | $1,750.00 | $20,035.88 |
| 08/24/2018 | Received From | | $1,750.00 | $21,785.88 |
| 08/24/2018 | Received From | | $2,800.00 | $24,585.88 |
| 08/24/2018 | Received From | | $2,800.00 | $27,385.88 |
| 08/24/2018 | Received From | | $1,400.00 | $28,785.88 |

TIN: 47-3237920

Outlaw Laboratory Supplemental Production 003928
Page 17

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



**Outlaw Laboratory, LP**
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| **Terms** | **Service Through** |
|  | 10/31/2018 |

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 08/24/2018 | Received From | | $2,500.00 | | $31,285.88 |
| 08/24/2018 | Received From | | $2,800.00 | | $34,085.88 |
| 08/24/2018 | Received From | | $1,400.00 | | $35,485.88 |
| 08/24/2018 | Received From | | $1,750.00 | | $37,235.88 |
| 08/24/2018 | Received From | | $2,800.00 | | $40,035.88 |
| 08/24/2018 | Received From | | $1,750.00 | | $41,785.88 |
| 08/24/2018 | Received From | | $2,800.00 | | $44,585.88 |
| 08/24/2018 | Received From | | $4,500.00 | | $49,085.88 |
| 08/24/2018 | Received From | | $2,800.00 | | $51,885.88 |
| 08/24/2018 | ITEM RETURNE | | $0.00 | | $51,885.88 |
| 08/24/2018 | Received From | | $2,500.00 | | $54,385.88 |
| 08/27/2018 | Received From | | $2,500.00 | | $56,885.88 |
| 08/27/2018 | Received From | | $2,800.00 | | $59,685.88 |
| 08/27/2018 | Received From Seattle) | | $2,500.00 | | $62,185.88 |
| 08/27/2018 | Received From | | $2,500.00 | | $64,685.88 |
| 08/27/2018 | Received From Gas) | | $2,800.00 | | $67,485.88 |
| 08/27/2018 | Received From | | $2,800.00 | | $70,285.88 |

TIN: 47-3237920

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



**Outlaw Laboratory, LP**
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| **Terms** | **Service Through** |
|  | 10/31/2018 |

| Date | Description | Amount | Payment | Balance |
|---|---|---|---|---|
| 08/27/2018 | Received From - | $2,800.00 |  | $73,085.88 |
| 08/27/2018 | Received From - | $2,500.00 |  | $75,585.88 |
| 08/27/2018 | Received From - | $1,000.00 |  | $76,585.88 |
| 08/27/2018 | Received From - | $2,500.00 |  | $79,085.88 |
| 08/27/2018 | Received From - | $1,250.00 |  | $80,335.88 |
| 08/27/2018 | RW Burns & Co |  | $5,000.00 | $75,335.88 |
| 08/28/2018 | Received From - | $2,500.00 |  | $77,835.88 |
| 08/28/2018 | Received From - | $1,500.00 |  | $79,335.88 |
| 08/28/2018 | Received From - | $2,500.00 |  | $81,835.88 |
| 08/28/2018 | Received From - | $4,000.00 |  | $85,835.88 |
| 08/28/2018 | Received From - | $5,600.00 |  | $91,435.88 |
| 08/28/2018 | Received From - | $5,600.00 |  | $97,035.88 |
| 08/28/2018 | Received From - | $3,600.00 |  | $100,635.88 |
| 08/28/2018 | Received From - | $3,116.51 |  | $103,752.39 |
| 08/28/2018 | Received From - | $500.00 |  | $104,252.39 |
| 08/31/2018 | Received From - | $3,000.00 |  | $107,252.39 |
| 08/31/2018 | Received From - | $3,000.00 |  | $110,252.39 |
| 08/31/2018 | Received From - | $2,000.00 |  | $112,252.39 |

TIN: 47-3237920

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



**Outlaw Laboratory, LP**
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| **Terms** | **Service Through** |
| | 10/31/2018 |

| | | | | |
|---|---|---|---|---|
| 08/31/2018 | Received From - | $2,800.00 | | $115,052.39 |
| 08/31/2018 | Received From - | $933.33 | | $115,985.72 |
| 08/31/2018 | Received From - | $2,800.00 | | $118,785.72 |
| 09/05/2018 | Received From - | $4,000.00 | | $122,785.72 |
| 09/05/2018 | Received From Plus) | $2,125.00 | | $124,910.72 |
| 09/05/2018 | Received From #2) | $933.34 | | $125,844.06 |
| 09/05/2018 | Received From - | $933.33 | | $126,777.39 |
| 09/05/2018 | Received From - | $1,250.00 | | $128,027.39 |
| 09/05/2018 | Received From - | $933.33 | | $128,960.72 |
| 09/05/2018 | Received From - | $1,250.00 | | $130,210.72 |
| 09/05/2018 | Applied to invoi | | $24,681.83 | $105,528.89 |
| 09/05/2018 | Applied to invoi | | $21,955.25 | $83,573.64 |
| 09/11/2018 | Received From - | $875.00 | | $84,448.64 |
| 09/11/2018 | Received From - | $2,500.00 | | $86,948.64 |
| 09/11/2018 | Received From - | $1,500.00 | | $88,448.64 |
| 09/11/2018 | Received From - | $2,125.00 | | $90,573.64 |
| 09/11/2018 | Received From - | $1,500.00 | | $92,073.64 |
| 09/11/2018 | Received From - | $2,500.00 | | $94,573.64 |

TIN: 47-3237920

**Outlaw Laboratory Supplemental Production 003931**

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



Outlaw Laboratory, LP
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| Terms | Service Through |
|  | 10/31/2018 |

| | | | | |
|---|---|---|---|---|
| 09/11/2018 | Received From - Market) | $3,500.00 | | $98,073.64 |
| 09/11/2018 | Received From - | $2,500.00 | | $100,573.64 |
| 09/11/2018 | Received From - | $1,250.00 | | $101,823.64 |
| 09/13/2018 | | | $3,500.00 | $98,323.64 |
| 09/14/2018 | Received From - Liquor) | $933.33 | | $99,256.97 |
| 09/14/2018 | Received From - | $2,500.00 | | $101,756.97 |
| 09/14/2018 | Received From - Express) | $934.00 | | $102,690.97 |
| 09/17/2018 | | | $100,000.00 | $2,690.97 |
| 09/18/2018 | Received From - | $1,000.00 | | $3,690.97 |
| 09/18/2018 | Received From - | $4,500.00 | | $8,190.97 |
| 09/18/2018 | Received From - | $1,500.00 | | $9,690.97 |
| 09/24/2018 | Received From - | $2,800.00 | | $12,490.97 |
| 09/24/2018 | Received From - | $1,400.00 | | $13,890.97 |
| 09/24/2018 | Received From - | $1,400.00 | | $15,290.97 |
| 09/24/2018 | Received From - | $2,000.00 | | $17,290.97 |
| 09/24/2018 | Received From - | $1,500.00 | | $18,790.97 |
| 09/24/2018 | Received From - | $2,800.00 | | $21,590.97 |
| 09/24/2018 | Received From - | $3,000.00 | | $24,590.97 |

TIN: 47-3237920

Outlaw Laboratory Supplemental Production 003932

**CONFIDENTIAL**

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



Outlaw Laboratory, LP
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| Terms | Service Through |
|  | 10/31/2018 |

| | | | | |
|---|---|---|---|---|
| 09/24/2018 | Received From - | $560.00 | | $25,150.97 |
| 09/24/2018 | Received From - | $1,250.00 | | $26,400.97 |
| 09/28/2018 | Received From - | $3,500.00 | | $29,900.97 |
| 09/28/2018 | Received From - | $2,500.00 | | $32,400.97 |
| 09/28/2018 | Received From - | $500.00 | | $32,900.97 |
| 09/28/2018 | Received From - | $1,400.00 | | $34,300.97 |
| 09/28/2018 | Received From - | $5,000.00 | | $39,300.97 |
| 10/01/2018 | Applied to invoic | | $22,067.30 | $17,233.67 |
| 10/01/2018 | Applied to invoic | | $12,233.67 | $5,000.00 |
| 10/02/2018 | Received From - | $3,250.00 | | $8,250.00 |
| 10/02/2018 | Received From - | $5,000.00 | | $13,250.00 |
| 10/04/2018 | Received From - | $3,000.00 | | $16,250.00 |
| 10/04/2018 | Received From - | $3,200.00 | | $19,450.00 |
| 10/04/2018 | Received From - | $4,000.00 | | $23,450.00 |
| 10/10/2018 | Received From - | $3,250.00 | | $26,700.00 |
| 10/10/2018 | Received From - | $1,250.00 | | $27,950.00 |
| 10/10/2018 | Received From - | $8,000.00 | | $35,950.00 |
| 10/10/2018 | Received From - | $1,250.00 | | $37,200.00 |
| 10/10/2018 | Received From - | $2,350.00 | | $39,550.00 |

TIN: 47-3237920

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



Outlaw Laboratory, LP
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| **Terms** | **Service Through** |
| | 10/31/2018 |

| | | | | |
|---|---|---|---|---|
| 10/10/2018 | Received From - | $3,500.00 | | $43,050.00 |
| 10/10/2018 | Received From - | $1,500.00 | | $44,550.00 |
| 10/10/2018 | Received From - | $2,500.00 | | $47,050.00 |
| 10/10/2018 | Received From - | $2,000.00 | | $49,050.00 |
| 10/10/2018 | Received From - | $1,000.00 | | $50,050.00 |
| 10/10/2018 | Received From - | $1,500.00 | | $51,550.00 |
| 10/12/2018 | Received From - Liquor) | $933.33 | | $52,483.33 |
| 10/12/2018 | Received From - | $2,000.00 | | $54,483.33 |
| 10/12/2018 | Received From - | $2,500.00 | | $56,983.33 |
| 10/12/2018 | Received From - | $2,500.00 | | $59,483.33 |
| 10/15/2018 | Applied to invoic | | $13,852.22 | $45,631.11 |
| 10/16/2018 | Received From - | $2,800.00 | | $48,431.11 |
| 10/16/2018 | Received From - | $800.00 | | $49,231.11 |
| 10/16/2018 | Received From - | $2,200.00 | | $51,431.11 |
| 10/16/2018 | Received From - | $3,500.00 | | $54,931.11 |
| 10/16/2018 | Received From - | $3,000.00 | | $57,931.11 |
| 10/16/2018 | Received From - | $2,800.00 | | $60,731.11 |
| 10/16/2018 | Received From - | $2,800.00 | | $63,531.11 |

TIN: 47-3237920

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



**Outlaw Laboratory, LP**
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| **Terms** | **Service Through** |
|  | 10/31/2018 |

| Date | Description | | Amount | | Balance |
|---|---|---|---|---|---|
| 10/18/2018 | Received From | | $3,000.00 | | $66,531.11 |
| 10/18/2018 | Received From | | $2,000.00 | | $68,531.11 |
| 10/18/2018 | Received From | | $2,500.00 | | $71,031.11 |
| 10/18/2018 | Received From | | $1,750.00 | | $72,781.11 |
| 10/19/2018 | Received From | | $3,000.00 | | $75,781.11 |
| 10/19/2018 | Received From | | $3,000.00 | | $78,781.11 |
| 10/19/2018 | Received From | | $3,200.00 | | $81,981.11 |
| 10/19/2018 | Received From | | $5,600.00 | | $87,581.11 |
| 10/19/2018 | Received From | | $3,000.00 | | $90,581.11 |
| 10/19/2018 | Received From | | $560.00 | | $91,141.11 |
| 10/19/2018 | Received From | | $3,000.00 | | $94,141.11 |
| 10/22/2018 | | | | $81,808.84 | $12,332.27 |
| 10/23/2018 | Received From | | $2,000.00 | | $14,332.27 |
| 10/23/2018 | Received From Inc.) | | $900.00 | | $15,232.27 |
| 10/23/2018 | Received From | | $1,500.00 | | $16,732.27 |
| 10/23/2018 | Received From | | $2,800.00 | | $19,532.27 |
| 10/23/2018 | Received From | | $2,800.00 | | $22,332.27 |
| 10/24/2018 | Received From | | $2,000.00 | | $24,332.27 |
| 10/24/2018 | Received From | | $2,000.00 | | $26,332.27 |
| 10/24/2018 | Received From | | $2,000.00 | | $28,332.27 |

TIN: 47-3237920

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



**Outlaw Laboratory, LP**
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| **Terms** | **Service Through** |
| | 10/31/2018 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 10/24/2018 | Received From - | | $2,000.00 | $30,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $32,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $34,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $36,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $38,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $40,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $42,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $44,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $46,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $48,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $50,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $52,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $54,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $56,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $58,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $60,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $62,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $64,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $66,332.27 |
| 10/24/2018 | Received From - | | $2,000.00 | $68,332.27 |

TIN: 47-3237920

**Outlaw Laboratory Supplemental Production 003936**

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



**Outlaw Laboratory, LP**
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| **Terms** | **Service Through** |
| | 10/31/2018 |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 10/24/2018 | Received From - ███ | | $2,000.00 | $70,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $72,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $74,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $76,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $78,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $80,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $82,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $84,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $86,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $88,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $90,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $92,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $94,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $96,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $98,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $100,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $102,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $104,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $106,332.27 |
| 10/24/2018 | Received From - ███ | | $2,000.00 | $108,332.27 |

TIN: 47-3237920

**Outlaw Laboratory Supplemental Production 003937**

CONFIDENTIAL

**Tauler Smith, LLP**
626 Wilshire Blvd.
Suite 510
Los Angeles, CA 90017
Email: backoffice@taulersmith.com



**Outlaw Laboratory, LP**
6666 Gulf Freeway
Houston, TX 77087

| Invoice Date | Invoice Number |
|---|---|
| 11/01/2018 | 20452 |
| Terms | Service Through |
| | 10/31/2018 |

| | | | | |
|---|---|---|---|---|
| 10/24/2018 | Received From ▮ | $2,000.00 | | $110,332.27 |
| 10/24/2018 | Received From ▮ | $2,000.00 | | $112,332.27 |
| 10/24/2018 | Received From ▮ | $750.00 | | $113,082.27 |
| 10/25/2018 | Outlaw Laboratory, LP | | $40,000.00 | $73,082.27 |
| 10/25/2018 | ▮ | | $20,000.00 | $53,082.27 |
| 10/25/2018 | Tauler Smith, LLP | | $20,000.00 | $33,082.27 |
| 10/29/2018 | Received From ▮ | $500.00 | | $33,582.27 |
| 10/29/2018 | Received From ▮ | $2,500.00 | | $36,082.27 |
| 10/29/2018 | Received From ▮ | $2,500.00 | | $38,582.27 |
| 11/01/2018 | Applied to invoice #20452 | | $15,980.27 | $22,602.00 |
| 11/01/2018 | Applied to invoice #20453 | | $7,616.50 | $14,985.50 |

TIN: 47-3237920

**Outlaw Laboratory Supplemental Production 003938**