UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORY, LP LITIGATION. | Case No.: 18-cv-840-GPC-BGS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR SANCTIONS**<br><br>**[ECF No. 300]** |

On October 1, 2020, Third-Party Plaintiffs NMRM, Inc. and Skyline Market, Inc., and Counter-Claimant Roma Mikha have filed a Motion for Sanctions. ECF No. 300. The Court will set the following briefing schedule. Any response shall be filed on or before November 2, 2020. Any reply shall be filed on or before November 16, 2020. A hearing on this matter is scheduled for December 18, 2020 at **1:30 PM in Courtroom 2D**.

**IT IS SO ORDERED.**

Dated: October 1, 2020

Hon. Gonzalo P. Curiel
United States District Judge