**SERGENIAN ASHBY LLP**
David A. Sergenian (SBN 230174)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771
e-Mail: david@sergenianashby.com

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

Attorneys for Counter-Defendant
*Tauler Smith LLP*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**COUNTER-DEFENDANT TAULER SMITH LLP'S NOTICE OF MOTION FOR PARTIAL RECONSIDERATION AND FOR SUMMARY JUDGMENT AGAINST SKYLINE MARKET, INC. BASED ON THE WRITTEN RELEASE, OR ALTERNATIVELY, FOR SEPARATE TRIAL OF THE REMAINING RELEASE ISSUES**<br><br>*[Fed. R. Civ. P. 54(b) and 56(a), or alternatively, Fed. R. Civ. P. 42(b)]*<br><br>Judge:   Hon. Gonzalo P. Curiel<br>Courtroom: Courtroom 2D<br><br>Hearing Date:   December 18, 2020<br>Hearing Time:   1:30 p.m. |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on December 18, 2020 at 1:30 p.m., in Courtroom 2D of this Court before the Honorable Gonzalo P. Curiel, or as soon thereafter as may be heard, Counter-Defendant Tauler Smith LLP ("TSLLP") will and hereby does move the Court for reconsideration of the partial denial of summary judgment on Skyline Market, Inc.'s ("Skyline Market") claims against TSLLP, and for summary judgment dismissing Skyline Market's claims entirely, based on the Settlement Agreement's written release. *See* September 16, 2020 Order Denying in Part and Granting in Part Tauler Smith's Motion for Summary Judgment (ECF No. 293) (the "MSJ Order"). Alternatively, TSLLP respectfully moves for a separate trial of any remaining genuine factual disputes concerning the release, prior to any potential trial of Skyline Market's RICO claims on the merits—*i.e.*, prior to any potential trial of claims which are otherwise extinguished by the release, pursuant to California Civil Code section 1541.

This motion is and will be based upon the Court's inherent authority to reconsider non-final rulings and the authority for reconsideration conferred by Rule 54(b) of the Federal Rules of Civil Procedure, as well as the provision in Rule 56(a) that "[t]he court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." This motion is and will be based on the grounds that the contractual release contained in the Settlement Agreement (ECF No. 260-10) extinguishes Skyline Market's claims against TSLLP as a matter of law, pursuant to Cal. Civ. Code § 1541, and Skyline Market raises no genuine dispute of fact in support of its argument to rescind the Settlement Agreement for fraud. Alternatively, the motion is and will be based on Rule 42(b), in seeking a separate trial of any remaining issues concerning the release.

Undersigned counsel respectfully certifies, pursuant to Local Civil Rule 7.1(i)(1), that TSLLP previously moved for summary judgment on July 22, 2020 before this Court (*see* ECF No. 260), which partly granted and partly denied the motion in the MSJ Order

(ECF No. 293).  No new and different facts and circumstances are claimed to exist which did not exist, or were not shown upon the prior motion for summary judgment.  No prior application for a separate trial concerning the release has been made or decided.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, and on such oral argument and other matters as the Court may properly consider at the time of the hearing of this motion.

DATED:  October 5, 2020            Respectfully submitted,

**KJC LAW GROUP, A.P.C.**

By:   */s/ Kevin J. Cole*
Attorneys for Counter-Defendant
*Tauler Smith LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, or caused to be filed, the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system on October 5, 2020.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on October 5, 2020.

                              **KJC LAW GROUP, A.P.C.**

By:  */s/ Kevin J. Cole*
      Attorneys for Counter-Defendant
      *Tauler Smith LLP*

TAULER SMITH'S MOTION FOR PARTIAL RECONSIDERATION OR ALTERNATIVELY, FOR A SEPARATE TRIAL OF ISSUES