UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION. | Case No.: 18-cv-840-GPC-BGS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PARTIAL RECONSIDERATION AND FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR SEPARATE TRIAL**<br><br>[ECF No. 306] |

On October 5, 2020, Counter-Defendant Tauler Smith LLP has filed a Motion for Partial Reconsideration and for Summary Judgment, or Alternatively, for Separate Trial of the Remaining Release Issues. ECF No. 306. The Court will set the following briefing schedule. Any response shall be filed on or before November 5, 2020. Any reply shall be filed on or before November 12, 2020.

///

For judicial efficiency, the Court will schedule the hearing on this matter to be December 18, 2020 at **1:30 PM in Courtroom 2D**, in which the Court will also hear the Motion for Sanctions filed by Third-Party Plaintiffs NMRM, Inc. and Skyline Market, Inc., and Counter-Claimant Roma Mikha, ECF Nos. 300, 301.

**IT IS SO ORDERED.**

Dated: October 6, 2020

Hon. Gonzalo P. Curiel
United States District Judge