MARK POE (Bar No. 223714)
  mpoe@gawpoe.com
RANDOLPH GAW (Bar No. 223718)
  rgaw@gawpoe.com
SAMUEL SONG (Bar No. 245007)
  ssong@gawpoe.com
VICTOR MENG (Bar No. 254102)
  vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Defendant Roma Mikha, Inc.
and Third-Party Plaintiffs NMRM, Inc.
and Skyline Market, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No.  3:18-cv-840-GPC-BGS <br><br> **DECLARATION OF MARK POE IN SUPPORT OF THE STORES' AND OUTLAW'S JOINT SUPPLEMENTAL RESPONSE RE: *DIAZ* NOTICE** |

I, Mark Poe, declare as follows:

1. I am a partner in the law firm of Gaw | Poe LLP, counsel of record for Defendant Roma Mikha, Inc. and Third-Party Plaintiffs NMRM, Inc., Skyline Market, Inc. (the "Stores"), and 25 other defendants in the above-captioned case. I submit this declaration in opposition to Tauler Smith's motion to modify the case schedule. If called to testify at a hearing or trial, I could and would testify to the following, which is based on my personal knowledge.

2. As I explained to Tauler Smith's counsel in prior meet and confer correspondence and in a telephone call on this issue on September 18, 2020, the entire amount of the Outlaw settlement remains in our firm's IOLTA trust account. Attached as **Exhibit A** hereto is a true and correct email exchange that I had with Mr. Sergenian on September 18 documenting that fact. The last page of Exhibit A includes a screenshot from our firm's billing software showing that the amount remains in the "matter trust funds." The amount is redacted in Exhibit A in conformance with the "Confidential" designation of the settlement pursuant to the protective order, but of course the version I sent to Mr. Sergenian was unredacted.

3. Attached as **Exhibit B** hereto is a true and correct copy of a document produced by Outlaw Laboratory in this litigation as Outlaw Supplemental Production 003724. It shows the amount of money that was paid to the "Capture Group." Per statements made to me by Mr. Wear and Mr. Reagan, I understand that the "Capture Group" was the vendor Tauler Smith engaged to mail the demand letters. As shown, the total amount invoiced and paid was $162,722.65.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct. Executed on October 8, 2020, at Novato, California.

s/ *Mark Poe*
Mark W. Poe

**CERTIFICATE OF SERVICE**

Case No. 3:18-cv-840-GPC-BGS

I HEREBY CERTIFY that on the date stamped in the header above, I filed the following documents with the Clerk of the Court using CM/ECF. I also certify that the following document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

**DECLARATION OF MARK POE IN SUPPORT OF THE STORES' AND OUTLAW'S JOINT SUPPLEMENTAL RESPONSE RE:** ***DIAZ*** **NOTICE**

GAW | POE LLP

By: /s/ Mark Poe
Mark Poe
Attorneys for the Stores

1                                                                           CERT. OF SERVICE