MARK POE (Bar No. 223714)
  mpoe@gawpoe.com
RANDOLPH GAW (Bar No. 223718)
  rgaw@gawpoe.com
SAMUEL SONG (Bar No. 245007)
  ssong@gawpoe.com
VICTOR MENG (Bar No. 254102)
  vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Roma Mikha, Inc., NMRM,
Inc. and Skyline Market, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No.  3:18-cv-840-GPC-BGS |
| | **THE STORES' PRETRIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendant Roma Mikha, Inc. and Third-Party Plaintiffs NMRM, Inc. and Skyline Market, Inc. (collectively, "the Stores") hereby provide their pretrial disclosures.  The Stores reserve the right to amend or supplement these disclosures as necessary.

## I.    TRIAL WITNESSES

The Stores identify the following individuals as witnesses whom they expect to be present, and those whom they may call if the need arises:

| **Name** | **Contact Info** | **Will Call** | **May Call** |
|---|---|---|---|
| Roy Mikha | Contact through the Stores' counsel | X | |
| Fred Mokou | Contact through the Stores' counsel | X | |
| Marri Shabilla | Contact through the Stores' counsel | X | |
| Wisam Asmar | Contact through the Stores' counsel | | X |
| Tony Mattia | Contact through the Stores' counsel | | X |
| Laith Farida | Contact through the Stores' counsel | | X |
| Amer Suleman | Contact through the Stores' counsel | | X |
| Jwan Kalyana | Contact through the Stores' counsel | | X |
| Haitham Hermiz | Contact through the Stores' counsel | | X |
| Sam Kassab | Contact through the Stores' counsel | | X |

| Mickel Dawood | Contact through the Stores' counsel | | X |
|---|---|---|---|
| Mellad Odish | Contact through the Stores' counsel | | X |
| Mason Dabish | Contact through the Stores' counsel | | X |
| Anmar Daoud | Contact through the Stores' counsel | | X |
| Khalid Toma | Contact through the Stores' counsel | | X |
| Joe Battou | Contact through the Stores' counsel | | X |
| Rami Abbouna | Contact through the Stores' counsel | | X |
| Robert Gappy | Contact through the Stores' counsel | | X |
| Mark Watson | Contact through the Stores' counsel | X | |
| Hala Esshaki | Contact through the Stores' counsel | X | |
| Joseph Valerio | Contact through the Stores' counsel | X | |
| Michael Wear | Contact through Sean Reagan | | X |
| Shawn Lynch | Contact through Sean Reagan | | X |
| Ayed ("Jeff") Mansour | Contact through Steve Elia<br>Elia Law Firm, APC<br>2221 Camino Del Rio S<br>Ste 207<br>San Diego, CA 92020 | | X |

PRETRIAL DISCLOSURES
CASE NO. 3:18-CV-840-GPC-BGS

| Robert Tauler | | X | |
| Mathew Smith | | X | |

## II.   WITNESSES BY DEPOSITION

The Stores do not expect to present any witnesses solely by deposition, although they will play excerpts of the June 29, 2020 video deposition of Robert Tauler for the jury.  Fed. R. Civ. P. 32(a).

## III.   DOCUMENTARY EXHIBITS

The Stores identify the following exhibits and summaries of evidence that they expect to offer or may offer if the need arises:

| Description | Will Offer | May Offer |
| --- | --- | --- |
| Tauler Dep. Ex. 102 | | X |
| Tauler Dep. Ex. 103 | | X |
| Tauler Dep. Ex. 105 | | X |
| Tauler Dep. Ex. 106 | X | |
| Tauler Dep. Ex. 107 | X | |
| Tauler Dep. Ex. 108 | X | |
| Tauler Dep. Ex. 109 | X | |
| Tauler Dep. Ex. 110 | X | |
| Tauler Dep. Ex. 111 | X | |
| Tauler Dep. Ex. 112 | | X |
| Tauler Dep. Ex. 113 | | X |
| Tauler Dep. Ex. 114 | X | |

PRETRIAL DISCLOSURES
CASE NO. 3:18-CV-840-GPC-BGS

| | | |
|---|---|---|
| Tauler Dep. Ex. 115 | X | |
| Tauler Dep. Ex. 116 | X | |
| Tauler Dep. Ex. 117 | X | |
| Tauler Dep. Ex. 119 | | X |
| Tauler Dep. Ex. 120 | | X |
| Tauler Dep. Ex. 121 | | X |
| Tauler Dep. Ex. 122 | | X |
| Tauler Dep. Ex. 123 | | X |
| Tauler Dep. Ex. 124 | | X |
| Tauler Dep. Ex. 125 | | X |
| Tauler Dep. Ex. 126 | | X |
| Tauler Dep. Ex. 128 | X | |
| Mikha Dep. Ex. 9 | X | |
| Outlaw v. San Diego Outlet Complaint | X | |
| 03.30.15 Analyst Worksheet re Product Rhino 7 (SACC Ex. B) | X | |
| OUT_02698-701 | X | |
| OUT_02702-03 | X | |
| Outlaw Laboratory Supp. Prod. 0001929-34 | X | |
| Outlaw Laboratory Supp. Prod. 003881-83 | X | |
| Outlaw Laboratory Supp. Prod. 003903-11 | X | |
| Outlaw Laboratory Supp. Prod. 003927-38 | X | |
| Outlaw Laboratory Supp. Prod. 003955-61 | X | |

| | | |
|---|---|---|
| Outlaw Supp. Prod. 003724-28 | | X |
| Outlaw Supp. Prod. 003724-28 (records re Capture Group produced 10.8.20) | | X |
| Outlaw Supp. Prod. 003737 | | X |
| Unbatesed Outlaw Doc (12.20.17 Sample Analysis for Red Mamba) | | X |
| 01.31.19 Outlaw Laboratory, LP's Responses to Requests for Admissions of Defendant Kachi Enterprises, Inc., Set One | X | |
| 06.09.20 Third-Party Defendant Tauler Smith LLP's Responses to Store Defendants' First Set of Interrogatories | | X |
| June 18, 2020 Expert Report of Marri Shabilla, Ex. B (FRE 1006 Summary of Shabilla reliance materials re damages) | X | |
| Shabilla reliance materials re damages (FRE 1006) | | X |
| TSLLP0561-584 | | X |
| TSLLP0585-609 | | X |
| TSLLP0610-634 | | X |
| TSLLP0635-661 | | X |
| TSLLP0662-688 | | X |
| TSLLP0714-741 | | X |
| TSLLP0771-799 | | X |
| TSLLP0800-829 | | X |
| TSLLP0830-859 | | X |
| TSLLP0891-921 | | X |

PRETRIAL DISCLOSURES
CASE NO. 3:18-CV-840-GPC-BGS

| | | |
|---|---|---|
| TSLLP0922-953 | | X |
| TSLLP0954-985 | | X |
| TSLLP0986-1018 | | X |
| TSLLP1019-51 | | X |
| TSLLP1052-84 | | X |
| TSLLP1085-118 | | X |
| TSLLP1187-221 | | X |
| TSLLP1222-56 | | X |
| TSLLP1284-316 | | X |
| NMRM10-11 | X | |
| NMRM12-35 | X | |
| ROMA010-17 | X | |

Dated:  October 9, 2020                    GAW | POE LLP


By:      s/ *Mark Poe*
_____
Mark Poe
Attorneys for the Stores

1

**CERTIFICATE OF SERVICE**

2

Case No. 3:18-cv-840-GPC-BGS

3

I HEREBY CERTIFY pursuant to an electronic service agreement between

4

the parties, on October 9, 2020, I served the following document by electronic mail

5

on the following individuals at the address indicated:

6

David Sergenian, david@sergenianashby.com (counsel for Tauler Smith

7

LLP)

8

Kevin Cole, kevin@kjclawgroup.com (counsel for Tauler Smith LLP)

9

10

**THE STORES' PRETRIAL DISCLOSURES**

11

12

GAW | POE LLP

13

14

By:   s/ *Mark Poe*

15

Mark Poe
Attorneys for the Stores

16

17

18

19

20

21

22

23

24

25

26

27

28