UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON OBJECTION TO MAGISTRATE JUDGE ORDER**<br><br>**[ECF No. 315]** |

Counter-Defendant Tauler Smith LLP ("Tauler Smith") has filed a motion for reconsideration and objection to the Magistrate Judge's Order, ECF No 311, which (1) denied without prejudice Tauler Smith's motion to modify in part the case schedule; (2) conditionally granted motion to file under seal; and (3) set briefing on confidentiality designation on settlement agreement. ECF No. 315.

The Court will set the following briefing schedule. Any response shall be filed on or before November 25, 2020. Any reply shall be filed on or before December 9, 2020.

/ / /

1

18-cv-840-GPC-BGS

For judicial efficiency, the Court will schedule the hearing on this matter to be December 18, 2020 at **1:30 PM in Courtroom 2D**, in which the Court will also hear the other pending motions.

**IT IS SO ORDERED.**

Dated: October 29, 2020

Hon. Gonzalo P. Curiel
United States District Judge