SEAN M. REAGAN (Texas Bar No. 24046689)
(*Pro Hac Vice*)
sean@reaganfirm.com
THE REAGAN LAW FIRM
P.O. BOX 79582
Houston, Texas 77279
Telephone: 888.550.8575

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | **Case No. 3:18-cv-840-GPC-BGS**<br><br>**Outlaw Laboratory, L.P., Michael Wear, and Shawn Lynch's *Ex Parte* Motion to Prevent Tauler Smith's Disclosure of Privileged Materials** |

Subject to and without waiving their *Ex Parte* Motion to Stay (ECF 319), the Outlaw Defendants file this *ex parte* motion to prevent Tauler Smith from (further) disclosing Outlaw's privileged materials.

Tauler Smith has identified two trial exhibits, an Exhibit R and Exhibit S. These exhibits comprise privileged communications between the Outlaw Defendants and their attorneys. FED. R. EVID. 502(g). These emails are protected from disclosure by the attorney–client privilege. *Id.* The privilege belongs to Outlaw; not to Tauler Smith. *Tennenbaum v. Deloitte & Touche*, 77 F.3d 337, 340–41 (9th Cir. 1996) (only the holder of the attorney-client privilege may waive it.). Outlaw has—repeatedly—asked that Tauler Smith not divulge and publish Outlaw's privileged and confidential information, *e.g.*:



Tauler Smith has ignored its former clients' request that it maintain the confidentiality of its former clients' privileged materials. That is, Tauler Smith has published these privileged materials without Outlaw's consent. The Outlaw Defendants ask the Court review Tauler Smith's Exhibits R and S in camara,

1  determine whether the emails are privileged, and then order Tauler Smith to stop

2  publishing and sharing the Outlaw Defendants' privileged materials.

3

4  October 30, 2020.                           THE REAGAN LAW FIRM

5

6

7                                              By: */s/ Sean Reagan*
                                                   Outlaw Laboratory, LP
8                                                  Michael Wear
                                                   Shawn Lynch
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Case No. 3:18-cv-840-GPC-BGS

I HEREBY CERTIFY that on October 30, 2020, I filed the following documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

By: */s Sean M. Reagan*