**SERGENIAN ASHBY LLP**
David A. Sergenian (SBN 230174)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771
e-Mail: david@sergenianashby.com

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

Attorneys for Counter-Defendant
*Tauler Smith LLP*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**COUNTER-DEFENDANT TAULER SMITH LLP'S NOTICE OF INTENT TO FILE OPPOSITION TO THE OUTLAW DEFENDANTS'** *EX PARTE* **MOTION TO PREVENT TAULER SMITH'S DISCLOSURE OF PRIVILEGED MATERIALS (ECF # 321)**<br><br>Judge:     Hon. Gonzalo P. Curiel<br>Courtroom: Courtroom 2D |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Honorable Gonzalo P. Curiel's *Civil Pretrial & Trial Procedures*, Counter-Defendant Tauler Smith LLP ("Tauler Smith") intends to file an opposition to Outlaw Laboratory, L.P.'s, Michael Wear's, and Shawn Lynch's *Ex Parte* Motion to Prevent Tauler Smith's Disclosure of Privileged Materials (ECF # 321).

Tauler Smith will file its opposition by 5 p.m. on Monday, November 2, 2020.

DATED:  October 30, 2020                              Respectfully submitted,

                                                     **KJC LAW GROUP, A.P.C.**

By:   */s/ Kevin J. Cole*
       Attorneys for Counter-Defendant
       *Tauler Smith LLP*

1

TAULER SMITH LLP'S NOTICE OF INTENT TO FILE OPPOSITION TO THE OUTLAW DEFENDANTS' *EX PARTE* RE PRIVILEGED EMAILS (ECF # 321)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, or caused to be filed, the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system on October 30, 2020.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on October 30, 2020.

**KJC LAW GROUP, A.P.C.**

By: */s/ Kevin J. Cole*
Attorneys for Counter-Defendant
*Tauler Smith LLP*