**SERGENIAN ASHBY LLP**
David A. Sergenian (SBN 230174)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771
e-Mail: david@sergenianashby.com

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

Attorneys for Counter-Defendant
*Tauler Smith LLP*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**COUNTER-DEFENDANT TAULER SMITH LLP'S MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Judge:       Hon. Gonzalo P. Curiel<br>Courtroom:  Courtroom 2D<br><br>Filed Concurrently:<br>  1. Opposition to *Ex Parte*; and<br>  2. Declaration of Kevin J. Cole |

Pursuant to the Protective Order in this case (ECF # 235), Counter-Defendant Tauler Smith LLP ("Tauler Smith") submits this Motion to File Under Seal a compilation of e-mail exchanges identified as Exhibit S in Tauler Smith's Rule 26(a)(3) Disclosures ("Exhibit S").  *See* ECF # 309 at PageID.7750.

Exhibit S is relevant to Tauler Smith's Opposition to Outlaw Laboratory, L.P.'s, Michael Wear's, and Shawn Lynch's (collectively, "Outlaw") *Ex Parte* Motion to Prevent Tauler Smith's Disclosure of Privileged Materials (ECF # 321) because it establishes one of the documents Outlaw claims privilege over (Exhibit S) is not actually privileged.  After all, those e-mails are between Eric Boss (an attorney whose law firm provided financing to Outlaw), Outlaw's principals, Outlaw's current counsel (Sean Reagan), Robert Tauler, and Wes Taulbee (one of Outlaw's Georgia-based attorneys).  It is difficult to see how this e-mail exchange—which includes someone who does not represent Outlaw, and never has (Eric Boss)—is privileged.  Nonetheless, and out of caution, Tauler Smith is filing those e-mails (Exhibit S) under seal due to Outlaw's claim of privilege.

DATED:  November 2, 2020                     Respectfully submitted,

                                                              **KJC LAW GROUP, A.P.C.**

                                By:   */s/ Kevin J. Cole*
                                      Attorneys for Counter-Defendant
                                      *Tauler Smith LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, or caused to be filed, the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system on November 2, 2020. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2020.

**KJC LAW GROUP, A.P.C.**

By: */s/ Kevin J. Cole*
Attorneys for Counter-Defendant
*Tauler Smith LLP*

TAULER SMITH LLP'S MOTION TO FILE DOCUMENT UNDER SEAL