1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE OUTLAW LABORATORY LP
LITIGATION

Case No.:  18cv840 GPC (BGS)

**ORDER ON OUTLAW'S EX PARTE
MOTION**

[ECF 319]

On October 29, 2020, Outlaw Laboratory, L.P., Michael Wear, and Shawn Lynch ("Outlaw") filed an *ex parte* motion seeking to stay all pretrial deadlines as to Outlaw based on having settled the claims against it.  (ECF 319.)  Outlaw acknowledges there are objections related to the settlement are pending, but asks that the pretrial deadlines be stayed as to Outlaw until the objections to it are resolved to avoid the expense of preparation for a trial it may not participate in.  (*Id.*)  Outlaw's Motion indicates that the Stores take no position on the motion, but it also indicates the Stores state that based on the settlement they will not be pursuing any claims against Outlaw at trial based on the pending settlement. (*Id.* at 5.)  Tauler Smith filed an Opposition to the Motion on November 2, 2020 that challenges the granting of a stay of deadlines that have already passed and notes it had requested the other parties agree to request and extension of the

1

deadlines and pretrial conference until after the court ruled on Tauler Smith's motion for reconsideration of the court's ruling on their motion for summary judgment.

Having considered the Motion and Opposition, the status of the case as a whole, including matters pending before the undersigned and district judge, the Court **CONTINUES** the November 6, 2020 Pretrial Conference to **January 22, 2021** at 1:30 PM. The Court will issue a separate order at a later date resetting pretrial deadlines as to Outlaw if necessary.

**IT IS SO ORDERED.**

Dated: November 3, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge