# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In re Outlaw Laboratory, L.P. Litig. | Case No.  3:18-cv-840-GPC-BGS |
| *Plaintiff,* | |
| v. | |
| *Defendant.* | |

**(Pursuant to General Order 514-C, Section 2(1),
No Electronic Public Access is to be Provided to this Document)**

## MOTION TO APPEAR TELEPHONICALLY OR BY VIDEOCONFERENCE DURING THE COVID-19 PUBLIC EMERGENCY

Motion on behalf of:  ☒ Defendant Counsel   ☐ Plaintiff Counsel
                      ☐ Defendant           ☐ Plaintiff

I/we hereby ask leave of the Court to appear telephonically or by videoconference on  __December 18, 2020__  for a  __Motion Hearing__
                                           *Date*                                        *Hearing/Conference (e.g., Motion Hearing)*

for the following reason(s):

☐ I have been diagnosed with, or had contact with, someone who has been diagnosed with Covid-19;
☐ I have a medical condition or take medication that makes me susceptible to contracting Covid-19 and/or puts me at risk of having Covid-19 complications;
☐ I have been told by a medical professional to self-quarantine;
☐ I live with or care for someone who is susceptible to contracting Covid-19 and/or at risk of having Covid-19 complications;
☐ I have traveled, reside with or had close contact with someone who has traveled to a country within the last 14 days for which the CDC has issued Level Three travel health notices;
☒ I have childcare issues;
☐ Other: _____

Date:  __December 15, 2020__                            */s/ David A. Sergenian*
                                                        _____
                                                        *Counsel's Signature*

                                                        David A. Sergenian (SBN 230174)
                                                        *Printed name and bar number of Counsel*

For good cause, this Court grants the motion of the party(s) listed above, to appear telephonically or by videoconference on _____ for the reasons stated above.

_____                                  _____
*Date*                                                  *Judge's Signature*