# UNITED STATES DISTRICT COURT
for the
Southern District of California

|   |   |
|---|---|
| *Plaintiff,* v. *Defendant.* | Case No. |

**(Pursuant to General Order 514-C, Section 2(1), No Electronic Public Access is to be Provided to this Document)**

## MOTION TO APPEAR TELEPHONICALLY OR BY VIDEOCONFERENCE DURING THE COVID-19 PUBLIC EMERGENCY

Motion on behalf of:      Defendant Counsel      Plaintiff Counsel
                                   Defendant                      Plaintiff

I/we hereby ask leave of the Court to appear telephonically or by videoconference on _____ for a _____
            *Date*                                  *Hearing/Conference (e.g., Motion Hearing)*

for the following reason(s):

     I have been diagnosed with, or had contact with, someone who has been diagnosed with Covid-19;
     I have a medical condition or take medication that makes me susceptible to contracting Covid-19 and/or puts me at risk of having Covid-19 complications;
     I have been told by a medical professional to self-quarantine;
     I live with or care for someone who is susceptible to contracting Covid-19 and/or at risk of having Covid-19 complications;
     I have traveled, reside with or had close contact with someone who has traveled to a country within the last 14 days for which the CDC has issued Level Three travel health notices;
     I have childcare issues;
     Other: _____

Date: _____            _____
                                                                          *Counsel's Signature*

                                                                          _____
                                                                          *Printed name and bar number of Counsel*

For good cause, this Court grants the motion of the party(s) listed above, to appear telephonically or by videoconference on _____ for the reasons stated above.

_____                              _____
       *Date*                                                                    *Judge's Signature*