UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**SCHEDULING ORDER**<br><br>**[ECF No. 290]** |

    Pending before this Court is a Settlement between the "Stores" (consisting of Counterclaimant Roma Mikha, Inc., and Third-Party Plaintiffs NMRM, Inc. and Skyline Market, Inc.) and "Outlaw Defendants" (consisting of Outlaw Laboratory, LP, Michael Wear, and Shawn Lynch).  On September 15, 2020, the Court issued an Order which directed the Stores to produce a copy of the Settlement so that the Court may assess whether notice of the Settlement would be required under *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401 (9th Cir. 1989).  ECF No. 290.

    After production of the Settlement, the litigating parties also presented supplemental briefs pursuant to the same Order.  Upon review of the briefs, the Court now schedules a hearing on this matter for <u>March 12, 2021</u> **at 1:30 PM**.  The hearing will

be conducted telephonically, with the relevant information to be provided in a separate order.

**IT IS SO ORDERED.**

Dated:  March 5, 2021

Hon. Gonzalo P. Curiel
United States District Judge