**SERGENIAN LAW, A PROFESSIONAL CORPORATION**
David A. Sergenian (SBN 230174)
2355 Westwood Blvd., #529
Los Angeles, CA 90064
Telephone: (213) 435-2035
e-Mail: david@sergenianlaw.com

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

*Attorneys for Counter-Defendant*
*Tauler Smith LLP*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**COUNTER-DEFENDANT TAULER SMITH LLP'S RESPONSE TO THE COURT'S MARCH 29, 2021 ORDER REGARDING THE REDACTION OF CERTAIN DOCUMENTS**<br><br>Judge:      Hon. Gonzalo P. Curiel<br>Courtroom: Courtroom 2D<br><br><u>Filed Concurrently</u>:<br>   1. Declaration of Kevin J. Cole |

On March 19, 2021, in connection with the Parties' Joint Statement re Contact Information of Certain Stores Identified in Counter-Defendant Tauler Smith LLP's ("Tauler Smith") Supplemental Interrogatory Responses (Dkt. No. 354), Tauler Smith filed the following documents under seal:

- ➢ **Exhibit B:**  A document produced by Tauler Smith in discovery (earlier in this litigation), which is Bates-labeled TSLLP7630.
- ➢ **Exhibit C:**  Tauler Smith's Supplemental Responses to the Stores' First Set of Interrogatory Requests.
- ➢ **Exhibit D:**  A further supplemental response by Tauler Smith, identifying contact information for the additional 34 stores listed in its January 29, 2021 supplemental interrogatory response.

*See* Dkt. Nos. 355 (Tauler Smith's Motion to File Documents Under Seal) & 356 (Tauler Smith's Notice of Lodging Documents Under Seal).

On March 29, 2021, this Court ordered Tauler Smith to file public redacted versions of the three documents identified above. *See* Dkt. No. 358. Pursuant to that Order, Tauler Smith is concurrently filing public redacted versions of Exhibits B – D (identified above).[1]

DATED:  March 30, 2021            Respectfully submitted,

                            **KJC LAW GROUP, A.P.C.**

By:  */s/ Kevin J. Cole*
      Attorneys for Counter-Defendant
      *Tauler Smith LLP*

---

[1] Exhibit A to the Parties' Joint Statement was filed publicly, not under seal. *See* Declaration of Kevin J. Cole, ¶ 3 n. 1 (citing Dkt. No. 354-1).

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed, or caused to be filed, the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California by using the CM/ECF system on March 30, 2021. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 30, 2021.

**KJC LAW GROUP, A.P.C.**

By: */s/ Kevin J. Cole*
Attorneys for Counter-Defendant
*Tauler Smith LLP*