1  **SERGENIAN LAW, A PROFESSIONAL CORPORATION**
David A. Sergenian (SBN 230174)
2  2355 Westwood Blvd., #529
Los Angeles, CA 90064
3  Telephone: (213) 435-2035
e-Mail: david@sergenianlaw.com

4  **KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
5  9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
6  Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

7

*Attorneys for Counter-Defendant*
8  *Tauler Smith LLP*

9

10              **UNITED STATES DISTRICT COURT**

11           **SOUTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS |
| 14 | **DECLARATION OF KEVIN J. COLE RE COUNTER-DEFENDANT TAULER SMITH LLP'S RESPONSE TO THE COURT'S MARCH 29, 2021 ORDER REGARDING THE REDACTION OF CERTAIN DOCUMENTS** |

15

16

17

18  Judge:      Hon. Gonzalo P. Curiel
Courtroom:  Courtroom 2D
19

20

Filed Concurrently:
21      1. Response to the Court's March 29,
2021 Order
22

23

24

25

26

27

28

## <u>DECLARATION OF KEVIN J. COLE</u>

I, Kevin J. Cole, declare as follows:

1.      I am licensed to practice before this Court.  I am counsel of record for Counter-Defendant Tauler Smith LLP ("Tauler Smith"), and I submit this Declaration in support of my client's Response to the Court's March 29, 2021 Order Regarding the Redaction of Certain Documents.  *See* Dkt. No. 358.

2.      More specifically, I submit this Declaration to authenticate the three exhibits Tauler Smith filed under seal in connection with the Parties' Joint Statement re Contact Information of Certain Stores Identified in Tauler Smith's Supplemental Interrogatory Responses (Dkt. No. 354).

3.      Attached hereto as **Exhibit B**[1] is a true and correct copy of a document produced by Tauler Smith earlier in this litigation, which is Bates-labeled TSLLP7630.  Pursuant to the Court's March 29, 2021 Order (Dkt. No. 358), my office has redacted the names and contact information of the non-parties identified in this document.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Tauler Smith's January 29, 2021 (further) Supplemental Responses to the Stores' First Set of Interrogatory Requests.  Tauler Smith was ordered to provide additional responses in Magistrate Judge Skomal's January 12, 2021 Discovery Order (Dkt. 346).  Pursuant to the Court's March 29, 2021 Order (Dkt. No. 358), my office has redacted the names and contact information of the non-parties identified in this document.

5.      Attached hereto as **Exhibit D** is a further supplemental response by Tauler Smith, identifying contact information for the additional 34 stores listed in its January 29, 2021 supplemental interrogatory response.  Again, pursuant to the Court's March 29, 2021 Order (Dkt. No. 358), my office has redacted the names and contact information of the non-parties identified in this document.

---

[1] Exhibit A to the Parties' Joint Statement was filed publicly, not under seal.  *See* Dkt. No. 354-1.

1  |  I declare under penalty of perjury under the laws of the United States that the
2  |  foregoing is true and correct.

3  |  DATED:  March 30, 2021                    By:     /s/ Kevin J. Cole
4  |                                                    Kevin J. Cole, Esq.

DECLARATION OF KEVIN J. COLE

# Ex. B



| Name | Street | City | Zipcode | Our Lab Products Sold | FDA Products Sold | 0 |
|---|---|---|---|---|---|---|
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000,FX3000 | 1500 |
| | | | | | Rhino 7 Platinum 3000 | $1,750 |
| | | | | | Grande X 5800 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 25X 15000,Premium Exten Zone 3000,Libigrow,Rhino 7 Platinum 5000,Libigrow XXX Treme | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 8 Platinum 8000,Rhino 7 Platinum 5000,Tiger 5000 | $2,500 |
| | | | | | Grande X 5800 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Triple Green,Rhino 8 Platinum 8000,Rhino 7 Platinum 5000,Rhino 12 Titanium 6000 | $2,500 |
| | | | | | Macho Man 3000,Rhino 7 Platinum 3000,Grande X 5800 | $2,500 |
| | | | | | Libigrow XXX Treme | $2,500 |
| | | | | | Rhino 7 Platinum 3000 | $2,500 |
| | | | | | Rhino 8 Platinum 8000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | | | | Rhino 69 Platinum 9000,Super Panther 7K | Libigrow XXX Treme,Super Panther 7K | $2,500 |
| | | | | Rhino 69 Platinum 9000 | Rhino 8 Platinum 8000 | $2,500 |
| | | | | | Triple Power Zen Plus 2000,OrgaZen 3500,Rhino 12 Titanium 6000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000,Libigrow | $2,500 |
| | | | | PremierZen Platinum 5000 | Libigrow XXX Treme,Libigrow,Rhino 7 Platinum 3000,New Stiff Nights Platinum 10K | $2,500 |
| | | | | 5K,Rhino 7 Platinum 5000,Super Panther 7K | Libigrow,Rhino 7 Platinum 5000,Super Panther 7K | $2,500 |
| | | | | Super Panther 7K | Super Panther 7K,Libigrow XXX Treme,Grande X 5800,Diamond 3500,Rhino 8 Platinum 8000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 3000,Rhino 7 Platinum 5000 | $2,500 |
| | | | | PremierZen Platinum 5000,PremierZen Gold 4000 | Rhino 7 Platinum 3000 | $2,500 |
| | | | | Super Panther 7K | Super Panther 7K | $2,500 |
| | | | | | Rhino 8 Platinum 8000 | $2,500 |
| | | | | | Love Zen 3000 | $2,500 |
| | | | | | OrgaZen 3500 | $2,500 |
| | | | | | Rhino 12 Titanium 6000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | | | | Super Panther 7K | Diamond 3500,Super Panther 7K,Libigrow,Rhino 12 Titanium 6000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | | | | | Grande X 5800 | $2,500 |
| | | | | | Rhino 12 Titanium 6000 | $2,500 |
| | | | | | Rhino 7 Platinum 3000 | $2,500 |
| | | | | | Rhino 12 Titanium 6000,OrgaZen 3500 | $2,500 |
| | | | | | Rhino 8 Platinum 8000,Rhino 7 Platinum 3000 | $2,500 |
| | | | | | Black Mamba Premium | $2,500 |
| | | | | | Rhino 8 Platinum 8000,Libigrow XXX Treme,Triple Green | $2,500 |
| | | | | | Rhino 7 Platinum 3000,Rhino 8 Platinum 8000 | $2,500 |
| | | | | Super Panther 7K | Super Panther 7K,Rhino 7 Platinum 3000,Libigrow XXX Treme | $2,500 |
| | | | | | Triple Green,Rhino 7 Blue 9000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000,Libigrow XXX Treme,Diamond 3500 | $2,500 |
| | | | | | Libigrow XXX Treme,Rhino 8 Platinum 8000 | $2,500 |
| | | | | | Libigrow XXX Treme,Triple Green | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Triple Green,Rhino 7 Platinum 5000 | $2,500 |
| | | | | | Rhino 7 Platinum 3000 | $2,500 |
| | | | | Super Panther 7K | Super Panther 7K,Black Mamba Premium,Libigrow,Libigrow XXX Treme | $2,500 |
| | | | | | Black Panther,Libigrow XXX Treme,Libigrow | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Libigrow,Libigrow XXX Treme,Rhino 7 Platinum 5000,Royal Honey VIP | $2,500 |
| | | | | | Rhino 8 Platinum 8000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | | | | Rhino 69 Platinum 9000,5K | Rhino 8 Platinum 8000,Royal Master 1500,Man Of Steel | $2,500 |
| | | | | | Libigrow XXX Treme | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | | | | Rhino 7 Platinum 5000,Rhino 69 Platinum 9000 | Rhino 7 Platinum 5000,Man Of Steel 2,Libigrow XXX Treme | $2,500 |
| | | | | | Libigrow XXX Treme | $2,500 |
| | | | | | FX3000 | $2,500 |
| | | | | PremierZen Gold 4000,PremierZen Platinum 5000 | Triple Power Zen Plus 2000,Triple Power Zen Gold 2000 | $2,500 |
| | | | | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | | | | Super Panther 7K,Rhino 7 Platinum 5000 | Super Panther 7K,Libigrow XXX Treme,Rhino 7 Platinum 5000 | $2,500 |
| | | | | Rhino 69 Platinum 9000 | Rhino 8 Platinum 8000 | $2,500 |

TSLLP7630



| | | | |
|---|---|---|---|
| | | Grande X 5800 | $2,500 |
| | | Rhino 8 Platinum 8000,Libigrow XXX Treme,Grande X 5800 | $2,500 |
| | | Libigrow XXXTREME | $2,500 |
| | | Rhino 7 Platinum 3000 | $2,500 |
| | | Libigirl,Libigrow,Libigrow XXXTREME | $2,500 |
| | | XXX Zone Platinum | $2,500 |
| | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000,Rhino 7 Platinum 3000 | $2,500 |
| | | Rhino 7 Platinum 3000,Black Mamba | $2,500 |
| | Rhino 69 Platinum 9000,Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000 | $2,500 |
| | Rhino 69 Platinum 9000 | Rhino 8 Platinum 8000 | $2,625 |
| | Rhino 7 Platinum 5000 | Libigrow,Mamba is Hero,Rhino 7 Platinum 5000 | $2,800 |
| | | Black Mamba Premium | $2,800 |
| | | Rhino 8 Platinum 8000 | $2,800 |
| | Rhino 69 Platinum 9000 | Libigrow | $2,800 |
| | Rhino 69 Platinum 9000 | Rhino 8 Platinum 8000 | $2,800 |
| | | Libigrow XXX Treme,Libigrow | $2,800 |
| | | Rhino 7 Blue 9000,Rhino 8 Platinum 8000 | $2,800 |
| | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000,Rhino 7 Blue 9000 | $2,800 |
| | | Rhino 7 Platinum 3000,Triple Power Zen Gold 2000 | $2,800 |
| | | Rhino 8 Platinum 8000 | $2,800 |
| | Super Panther 7K | Black Mamba Premium,Libigrow,Super Panther 7K | $2,800 |
| | | Libigrow XXX Treme,Rhino 8 Platinum 8000 | $2,800 |
| | Rhino 7 Platinum 5000 | Rhino 7Platinum 5000,Tiger 5000,Love Zen 3000 | $2,800 |
| | | Libigrow,Mamba is Hero | $2,800 |
| | Rhino 8 Platinum 8000 | $2,800 |
| | Rhino 7 Platinum 5000 | Mamba is Hero,Rhino 7 Platinum 5000 | $2,800 |
| | | Libigirl | $2,800 |
| | | Blue Diamond | $2,800 |
| | Super Panther 7K | Triple Green,Super Panther 7K | $2,800 |
| | Rhino 7 Platinum 5000 | Rhino 7 Platinum 3000,Libigrow XXXTREME,Rhino 7 Platinum 5000,Rhino 25K 15000 | $2,800 |
| | SuperPanther 7K | Super Panther 7K,Libigrow XXXTREME | $2,800 |
| | Super Panther 7K | Super Panther 7K,Black Mamba Premium | $2,800 |
| | | Libigrow XXXTREME | $2,800 |
| | SuperPanther 7K | Super Panther 7K | $2,800 |
| | | Rhino 7 Platinum 3000,Rhino 12 Titanium 6000 | $2,800 |
| | Rhino 7 Platinum 5000 | Rhino 7 Platinum 5000,OrgaZen 3000 | $2,800 |
| | | Xtra Zone 2200 | $2,800 |
| | Super Panther 7K | SuperPanther 7K,Triple Green | $2,800 |
| | PremierZen Gold 4000,PremierZen Platinum 5000 | Bl4ck 4k Capsules | $2,800 |
| | ExtenZone 3000,PremierZen Platinum 5000,Rhino 7 | ExtenZone 3000,Rhino 7 Platinum 5000 | $2,800 |
| | | Rhino 7 Platinum 3000 | $2,800 |
| | | Rhino 12 Titanium 6000 | $2,800 |
| | Super Panther 7K | SuperPanther 7K | $2,800 |
| | | Libigrow XXX Treme,Libigirl,Libigrow | $2,800 |
| | | Rhino 7 Platinum 3000 | $2,800 |
| | | Libigrow XXX Treme,Rhino 12 Titanium 6000 | $2,800 |
| | | | 276675 |

TSLLP7631

# Ex. C

**SERGENIAN ASHBY LLP**
David A. Sergenian (SBN 230174)
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (323) 318-7771
E-Mail: david@sergenianashby.com

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
E-Mail: kevin@kjclawgroup.com

Attorneys for Counter-Defendant
*Tauler Smith LLP*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**COUNTER-DEFENDANT TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST SET OF INTERROGATORIES**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: Courtroom 2D<br><br>Action Filed: May 2, 2018 |

Case No.: 18-cv-840-GPC-BGS

1  **SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST SET**
2  **OF INTERROGATORIES**
3  ### I.   OBJECTIONS
4  Responding Party incorporates by reference its General Objections to its Responses
5  to the Store Defendants' First Set of Interrogatories into each of its Responses set forth
6  below as though fully set forth therein.
7  ### II.   RESPONSES
8  **INTERROGATORY NO. 1:**
9  IDENTIFY each RETAIL STORE in the United States to which YOU have sent a
10 DEMAND LETTER.
11 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**
12



```
12/12/17
12/12/17
12/12/17
12/12/17
12/12/17
12/12/17
12/12/17
12/12/17
12/15/17
12/15/17
12/15/17
12/15/17
12/15/17
12/15/17
12/15/17
12/15/17
12/15/17
12/15/17
12/20/17
12/20/17
12/20/17
12/20/17
12/20/17
```

Case No.: 18-cv-840-GPC-BGS



1    12/20/17
     12/20/17
2    12/18/17
3    12/18/17
     12/18/17
4    12/18/17
5    12/20/17
     12/18/17
6    12/21/17
7    12/20/17
     12/18/17
8    12/21/17
9    12/18/17
     12/20/17
10   12/21/17
11   12/18/17
     12/18/17
12   12/18/17
13   12/20/17
     12/21/17
14

15   12/18/17
     12/20/17
16   12/20/17
17   12/21/17
     12/20/17
18   12/20/17
19   2/21/18
20   2/21/18

21   1/10/18
22   1/11/18
23   1/12/18
     1/10/18
24
25   1/11/18
26   1/12/18
     1/11/18
27   1/10/18
     1/11/18
28   1/10/18

Case No.: 18-cv-840-GPC-BGS

TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST
SET OF INTERROGATORIES



1   1/11/18
    1/12/18
2   1/10/18
3   1/10/18
    1/12/18
4   1/11/18
5
    1/11/18
6   1/10/18
7   1/10/18
8   1/11/18
    1/12/18
9   1/11/18
    1/11/18
10  1/12/18
11  1/11/18
    1/11/18
12  1/12/18
13  1/11/18
    1/10/18
14  1/11/18
15  1/10/18
    1/10/18
16  1/11/18
17  1/12/18
    1/10/18
18
19  1/11/18
    1/11/18
20  1/10/18
21  1/11/18
22  1/10/18
23  1/11/18
    1/10/18
24  1/11/18
25  1/11/18
    1/11/18
26  1/11/18
27  1/12/18
    1/12/18
28  1/11/18

TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST
SET OF INTERROGATORIES



1    1/31/18
     1/31/18
2    1/29/18
3    1/29/18
     1/29/18
4    1/30/18
5    1/30/18
     2/1/18
6    2/2/18
7    1/30/18
     1/31/18
8    2/1/18
9    2/2/18
     2/1/18
10   2/1/18
11   2/2/18
     1/31/18
12   2/1/18
13   2/1/18
     2/1/18
14   2/1/18
15   2/1/18
     1/30/18
16   1/30/18
17   2/1/18
     2/1/18
18
19   1/30/18
     2/1/18
20   1/31/18
21   2/2/18
     2/1/18
22
23   1/31/18
24
     2/7/18
25   2/2/18
26
     1/31/18
27
28   1/31/18

TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST
SET OF INTERROGATORIES



2/2/18
1/30/18
2/1/18
2/1/18
2/2/18
2/1/18
2/2/18
2/2/18
2/2/18
2/2/18
2/2/18
2/1/18

2/2/18
2/2/18

2/2/18

2/1/18
2/1/18
2/2/18
2/2/18
2/2/18
2/2/18
2/1/18
2/2/18

2/1/18
2/2/18
2/1/18
2/2/18
2/1/18
2/2/18
2/2/18
2/2/18
2/2/18
2/7/18
2/7/18
2/7/18
2/7/18



1  2/7/18
2  2/7/18
3  2/7/18
4  2/7/18
5  2/7/18
6  2/7/18
7  2/7/18
8  2/7/18
9  2/7/18
10 2/7/18
11 2/7/18
12 2/7/18
13 2/7/18
14 2/7/18
15 2/7/18
16 2/7/18
17 2/7/18
18 2/7/18
19 2/7/18
20 2/7/18
21 2/7/18
22 2/7/18
23 2/7/18
24 2/7/18
25 2/7/18
26 2/7/18
27 2/7/18
28 2/7/18

Case No.: 18-cv-840-GPC-BGS

TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST
SET OF INTERROGATORIES



2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18

2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18

2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18

2/7/18
2/7/18

2/7/18
2/7/18
2/7/18
2/7/18
2/7/18
2/7/18

Case No.: 18-cv-840-GPC-BGS
TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST
SET OF INTERROGATORIES



1    2/7/18
2    2/7/18
3    2/23/18
4    2/20/18
5    2/20/18
6    2/26/18
7    2/23/18
8    2/21/18
9    2/20/18
10   2/21/18
11   2/20/18
12   2/23/18
13   2/20/18
14   2/22/18
15   2/22/18
16   2/22/18
17   2/22/18
18   2/20/18
19   2/20/18
20   2/20/18
21   2/22/18
22   2/20/18
23   2/21/18
24   2/23/18
25   2/21/18
26   2/26/18
27   2/23/18
28   2/20/18

///
///

TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST
SET OF INTERROGATORIES

**INTERROGATORY NO. 3:**

IDENTIFY each RETAIL STORE in the United States with which Outlaw Laboratory has entered a SETTLEMENT AGREEMENT bearing the name or endorsement of YOU or any of YOUR partners, and state the dollar amount of such settlement.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**



$5,000
$2,800
$4,000
$5,400
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800
$2,800

9                                    Case No.: 18-cv-840-GPC-BGS

| | |
|---|---|
| ████████ | $2,800 |
| | $2,800 |
| | $2,800 |

**INTERROGATORY NO. 7:**

State the total amount of all checks, wire transfers, money orders, or other forms of monetary transfer that YOU have deposited to any bank accounts controlled by YOU, RELATING TO all SETTLEMENT AGREEMENTS.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

$60,000.

DATED:  January 29, 2021                **KJC LAW GROUP, A.P.C.**

                               By:     */s/ Kevin J. Cole*
                                       Attorneys for Counter-Defendant
                                       *Tauler Smith LLP*

## PROOF OF SERVICE

I, Chen Wang, declare that I am over the age of 18 years, and am not a party to the within action. I am employed in the County of Los Angeles, California, where the mailing occurs, and my business address is 9701 Wilshire Blvd., Suite 1000, Beverly Hills, CA 90212.

On January 29, 2021, I served **COUNTER-DEFENDANT TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST SET OF INTERROGATORIES** on the interested party through its attorneys of record, by the method checked below, addressed as follows:

Mark Poe
  *mpoe@gawpoe.com*
Randolph Gaw
  *rgaw@gawpoe.com*
Samuel Song
  *ssong@gawpoe.com*
Victor Meng
  *vmeng@gawpoe.com*
**GAW POE LLP**
4 Embarcadero, Suite 1400
San Francisco, CA 94111

[X]  BY ELECTRONIC MAIL: Based on an agreement between the parties to accept electronic service, I caused the document described above to be sent to the addressee(s) at the electronic mail service addresses indicated above.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed on January 29, 2021 in Los Angeles, California.


_____
Chen Wang

Case No.: 18-cv-840-GPC-BGS

TAULER SMITH LLP'S SUPPLEMENTAL RESPONSES TO THE STORE DEFENDANTS' FIRST SET OF INTERROGATORIES

# Ex. D

**Contact Information for the Additional 34 Stores Identified in Tauler Smith's
Supplemental Interrogatory Response (#3)**

| No. | Store | Address | Telephone Number |
|-----|-------|---------|------------------|
| 1 | ███████████ | ████████████████████ | |
| 2 | ████████ | █████████████████ | ███████ |
| 3 | ███████ | ████████████████ | ███████ |
| 4 | ████████████████ | █████████████████████ | ███████ |
| 5 | ████████ | ████████████████ | ███████ |
| 6 | ███████ | ████████████████████ | |
| 7 | ████ | ████████████████████ | |
| 8 | ███████ | █████████████ | ███████ |
| 9 | █████████ | ████████████████ | ████████ |
| 10 | ██████ | ████████████████ | ████████ |
| 11 | █████████ | ████████████████ | ████████ |
| 12 | █████████ | ███████████████ | ████████ |
| 13 | ███████ | ████████████████ | ████████ |
| 14 | ████████ | ████████████████ | ████████ |
| 15 | ██████ | ████████████████ | ████████ |
| 16 | █████████ | ████████████████████ | |
| 17 | ███████ | ████████████████ | ███████ |
| 18 | | ████████████████ | ███████ |
| | | ███████████ | |
| | | | ███████ |
| | | █████████████ | ███████ |
| | █████████ | ████████████████ | |
| 19 | ████████ | ████████████████ | ███████ |
| 20 | █████████ | ██████████████████████ | |
| 21 | ███████ | ████████████████ | ████████ |

| 22 | ██████████ | █████████████ | █████ |
| 23 | ███ | █████████████ | █████ |
| 24 | █████ | █████████████ | █████ |
| 25 | ██████████ | ████████████ | █████ |
| 26 | ███ | █████████████ | █████ |
| 27 | ██████ | ████████████ | █████ |
| 28 | ███ | ████████████ | █████ |
| 29 | █████ | ████████████ | █████ |
| 30 | ████ | ████████████ | █████ |
| 31 | ██████████████ | | █████ |
| 32 | ██████ | ████████████ | █████ |
| 33 | █████ | ████████████ | █████ |
| 34 | ██████ | █████████████ | █████ |