MARK POE (Bar No. 223714)
  mpoe@gawpoe.com
RANDOLPH GAW (Bar No. 223718)
  rgaw@gawpoe.com
SAMUEL SONG (Bar No. 245007)
  ssong@gawpoe.com
VICTOR MENG (Bar No. 254102)
  vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

*Counsel for the Stores*

Sean M. Reagan (*pro hac vice*)
The Reagan Law Firm
sean@reaganfirm.com
P.O. Box 79582
Houston, Texas 77279
Telephone: 888.550.8575
Facsimile: 888.611.0820

Michael R. Dufour (SBN 290981)
mrd@dufourlawfirm.com
8675 Falmouth Ave., Suite 307
Playa Del Rey, California 90293
Telephone: (213) 200-9809
Facsimile: (424) 389-7236

*Counsel for Outlaw Laboratory, LP, Michael Wear and Shawn Lynch*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No. 3:18-cv-840-GPC-BGS<br><br>**JOINT NOTICE OF SETTLEMENT OF THE STORES' CLAIMS AGAINST OUTLAW LABORATORY, MICHAEL WEAR, AND SHAWN LYNCH, AND MOTION TO DISMISS SAME** |

Counterclaimant Roma Mikha, Inc. and third-party plaintiffs NMRM, Inc. and Skyline Market, Inc. (together, the "Stores") and Outlaw Laboratory, Michael Wear and Shawn Lynch (together "Outlaw") hereby jointly notify the Court that they have reached a settlement of the Stores' claims against Outlaw, and the Stores accordingly move to dismiss with prejudice their claims against Outlaw.

Pursuant to the Court's March 30, 2021 "Order: (1) Approving the Proposed Dismissal of Action Between the Stores and Outlaw Defendants, and Permitting the Settling Parties to File a New Joint Motion" (ECF No. 361), the Stores and Outlaw hereby jointly move for dismissal with prejudice of the Stores' claims against Outlaw.

In addition, the Stores and Outlaw accompany this filing with an updated version of their settlement, which (1) removes reference to the stipulated injunction that the Court declined to enter, and (2) removes the word "represent" from section I.9, which—as the Stores' counsel explained at the March 12, 2021 hearing—had been included only inadvertently by both sides. *See* Exhibit A.

Accordingly, the Stores and Outlaw jointly move the Court to enter the accompanying proposed order dismissing with prejudice all claims that the Stores have brought or could have brought against Outlaw in this litigation.

The Stores' claims against Tauler Smith, LLP remain pending.

Dated: April 23, 2021                    GAW | POE LLP

                                         By:   s/ *Mark Poe*
                                               Mark Poe
                                               Counsel for the Stores

| | |
|---|---|
| Dated: April 23, 2021 | THE REAGAN LAW FIRM<br><br>By: */s/ Sean Reagan*<br>   Sean M. Reagan<br>   Counsel for Outlaw, Mr. Lynch, Mr. Wear |

**CERTIFICATE OF SERVICE**

Case No. 3:18-cv-840-GPC-BGS

I HEREBY CERTIFY that on April 23, 2021, I filed the following documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

**JOINT NOTICE OF SETTLEMENT OF THE STORES' CLAIMS AGAINST OUTLAW LABORATORY, MICHAEL WEAR, AND SHAWN LYNCH, AND MOTION TO DISMISS SAME**

GAW | POE LLP

By:  s/ *Mark Poe*
      Mark Poe