UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON SKYLINE MARKET'S MOTION FOR CLASS CERTIFICATION**<br><br>**[ECF No. 365]** |
|---|---|

Third-Party Plaintiff Skyline Market filed a Motion for Class Certification. ECF No. 365. The Court will set the following briefing schedule. Any opposition shall be filed on or before May 25, 2021. Any reply shall be filed on or before June 1, 2021. A hearing on this matter is scheduled for July 2, 2021 at **1:30 PM in Courtroom 2D**.

**IT IS SO ORDERED.**

Dated: May 12, 2021

Hon. Gonzalo P. Curiel
United States District Judge