UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORIES, LP LITIGATION, | Case No.:  18CV840 GPC (BGS)<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

IT IS HEREBY ORDERED that a Mandatory Settlement Conference will be held on **August 19, 2021**, at **2:00 PM** before United States Magistrate Judge Bernard G. Skoml **via video conference**.  Instructions regarding the videoconference are included below.

1. All parties, adjusters for insured defendants, and client representatives must participate and have full and complete authority to enter into a binding settlement at the MSC.[1]  The purpose of this requirement is to have representatives present who can settle

---

[1] "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman*

1

the case during the course of the conference without consulting a superior.  Parties seeking permission to be excused from participating in the MSC must follow the procedures outlined in Judge Skomal's Chambers' Rules.  Failure of any of the above parties to participate in the MSC without the Court's permission will be grounds for sanctions.  The principal attorneys responsible for the litigation must also participate and prepared to discuss all of the **legal and factual** issues in the case.

    2.    Counsel shall lodge confidential settlement briefs directly with chambers by **August 6, 2021**.  The briefs must address the legal and factual issues in the case and should focus on issues most pertinent to settling the matter.  The briefs must also include any prior settlement offer or demand, as well as the offer or demand the party will make at the MSC.  The Court will keep this information confidential unless the party authorizes the Court to share the information with opposing counsel.  Briefs do not need to be filed or served on opposing counsel.  **MSC briefs must be emailed to efile_Skomal@casd.uscourts.gov**.

**Video Conference Instructions:**

    3.    The Court will use its official Zoom video conferencing account to hold the MSC.  IF YOU ARE UNFAMILIAR WITH ZOOM: Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[2]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an

---

*v. Brinker Intl., Inc.*, 216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The person must be able to bind the party without the need to call others not present at the conference for authority or approval. The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference.  *Id.* at 486.  A limited or a sum certain of authority is not adequate.  *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590 (8th Cir. 2001).

[2] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

account, install Zoom and familiarize themselves with Zoom in advance of the MSC.[3] There is a cost-free option for creating a Zoom account.

4. Prior to the start of the MSC, the Court will email counsel for each party an invitation to join a Zoom video conference that they must provide to participating client(s). The Court will send the invitation to the email addresses listed for counsel in the case docket. If counsel does not receive an invitation to join the Zoom video conference by the end of the day on **August 17, 2021**, please email chambers at efile_skomal@casd.uscourts.gov. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding. Zoom may then prompt participants to enter the password included in the invitation.[4] All participants will be placed in a waiting room until the MSC begins.

5. Each participant should plan to join the Zoom video conference at least five minutes before the start of the MSC to ensure that the MSC begins promptly at 2:00 PM. The Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the Court-scheduled time.

6. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC. The Court may divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[5] In a Breakout Room, the Court will be able to communicate with participants from a single party in

---

[3] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

[4] A Meeting ID will also be included and may be used along with the password to access the conference if necessary.

[5] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

7. All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person, *i.e.*, cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

**IT IS SO ORDERED.**

Dated:  July 29, 2021

_____
Hon. Bernard G. Skomal
United States Magistrate Judge