UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.: 18-cv-840-GPC-BGS<br><br>**ORDER VACATING HEARINGS ON MOTIONS IN LIMINE AND MOTION TO DISMISS** |

Pending before the Court are Counterclaimants the Stores' Motions in Limine, ECF Nos. 388, 389, 390, 391, and 392, and Counter-Defendant Tauler Smith's Motion to Dismiss the Second Amended Counterclaim. ECF No. 385. Having considered the parties' filings and arguments, the Court finds both the motions in limine and motion to dismiss suitable for disposition on the papers. The Court therefore takes both matters under submission and HEREBY VACATES the hearings previously set for Friday, February 18, 2022 at 1:30 PM.

**IT IS SO ORDERED.**

Dated: February 17, 2022

Hon. Gonzalo P. Curiel
United States District Judge

1

18-cv-840-GPC-BGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

18-cv-840-GPC-BGS