UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORIES, LP LITIGATION, | Case No.: 18-CV-0840-GPC-BGS<br><br>**ORDER (1) DENYING AS MOOT COUNTER-DEFENDANT'S MOTION FOR LEAVE TO APPEAR REMOTELY AT JULY 15 STATUS CONFERENCE, AND (2) CONVERTING STATUS CONFERENCE TO TELEPHONIC STATUS CONFERENCE**<br><br>**[ECF No. 405]** |

On July 12, 2022, counsel for Counter-Defendant filed a motion requesting to appear remotely at the July 15, 2022 status conference. ECF No. 405. Counter-Defendant's motion is **DENIED** as moot. The Court hereby **ORDERS** that the status conference be converted to a telephonic conference for all participants. Participants can access the telephonic status conference by using the USA Toll-Free Phone Number: (877) 848-7030; Access Code: 7030611.

**IT IS SO ORDERED.**

Dated: July 13, 2022

Hon. Gonzalo P. Curiel
United States District Judge