UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: OUTLAW LABORATORIES, LP LITIGATION, | Case No.: 3:18-cv-0840-GPC-BGS<br><br>**AMENDED JURY TRIAL PREPARATION AND SCHEDULING ORDER** |
|---|---|

A pretrial status conference was held on July 15, 2022. ECF No. 408. After discussing trial-related issues with counsel, the Court **ORDERS** the following:

### JURY TRIAL

The Court sets the trial in this matter for **March 14, 2023 at 8:30 a.m.** The trial will last approximately five days.

### JURY INSTRUCTIONS

The parties shall file and email, in Word format, to the Court's email address at efile_curiel@casd.uscourts.gov the joint proposed jury instructions and special verdict forms, including any objections on or before **March 1, 2023.**

# TRIAL NOTEBOOK

The parties are directed to submit directly to chambers, on or before **March 1, 2023**, a tabbed joint trial notebook containing a table of contents and hard copies of the following documents, all of which should also be filed using the Court's Case Management/Electronic Case Filing (CM/ECF) system unless otherwise indicated:

1. The operative pleading complaint, cross complaint, and third party complaint, and answers;

2. Separate trial briefs, not to exceed twenty pages in length;

3. If the parties wish, proposed voir dire questions to be asked by the Court;

4. A joint statement of the case in a form suitable to be read to the jury, including any objections;

5. Any stipulations or agreements, in a form suitable to be read to the jury;

6. A joint witness list in table format, including columns designated for the party that will be calling the witness, time estimates for direct and cross-examination, and a brief description of each witness's testimony;

7. A joint list of deposition designations, if any;

8. A joint exhibit list in table format, including columns designated for exhibit numbers, a description of the exhibits, whether the admissibility of an exhibit is disputed, the date an exhibit is marked, and the date an exhibit is admitted; and

9. Joint proposed general and/or special verdict forms, including any objections.

**IT IS SO ORDERED.**

Dated:  July 18, 2022

Hon. Gonzalo P. Curiel
United States District Judge