1  MARK POE (Bar No. 223714)
     mpoe@gawpoe.com
2  RANDOLPH GAW (Bar No. 223718)
     rgaw@gawpoe.com
3  SAMUEL SONG (Bar No. 245007)
     ssong@gawpoe.com
4  VICTOR MENG (Bar No. 254102)
     vmeng@gawpoe.com
5  GAW | POE LLP
   4 Embarcadero, Suite 1400
6  San Francisco, CA 94111
   Telephone: (415) 766-7451
7  Facsimile: (415) 737-0642
8
   Attorneys for Roma Mikha,
9  Inc., NMRM, Inc. and Skyline
   Market, Inc.
10

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

Attorneys for Counter-Defendant
Tauler Smith LLP

**SERGENIAN LAW, A
PROFESSIONAL
CORPORATION**
David A. Sergenian (SBN 230174)
2355 Westwood Blvd. #529
Los Angeles, CA 90064
Telephone: (213) 435-2035
 e-Mail: david@sergenianlaw.com

11

12

13

14                   UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

16

17  IN RE: OUTLAW LABORATORY,        Case No.  3:18-cv-840-GPC-BGS
    LP LITIGATION
18                                   **JOINT TRIAL NOTEBOOK**

19

20                                   Trial:       March 14, 2023
                                     Time:        8:30 a.m.
21                                   Judge:        Hon. Gonzalo Curiel
                                     Court:       2D
22

23

24

25

26

27

28

1    Pursuant to this Court's Jury Trial Preparation and Scheduling Order, Roma

2  Mikha, Inc.; NMRM, Inc. and Skyline Market, Inc. (collectively, "the Stores," or

3  Plaintiffs), and Tauler Smith LLP, hereby submit their Trial Notebook, consisting

4  of the following documents:

      1. **Operative pleadings:**  Second Amended Counterclaims of Roma

5
6           Mikha, Inc. and Third-Party Claims of NMRM, Inc. and Skyline

7           Market, Inc. (ECF No. 114):  Third-Party Defendant Tauler Smith

8           LLP's Answer to Second Amended Counterclaims and Third-Party

9           Claims of NMRM, Inc. and Skyline Market, Inc. (ECF No. 202).

10       2. **Trial Briefs**

11       3. **Proposed Voir Dire**

12       4. **Joint Statement of the Case**

13       5. **Stipulated Facts**

14       6. **Joint Witness List**

15       7. **Deposition Designations**

16       8. **Joint Exhibit List**

17       9. **Proposed Verdict Forms**

18 Dated:  March 1, 2023                          GAW | POE LLP

19

20                                            By:    s/ *Mark Poe*
                                                    Mark Poe
21                                                  Attorneys for the Stores

22                                            KJC LAW GROUP, A.P.C.

23

24                                            By:    */s/ Kevin J. Cole*
                                                    Kevin J. Cole
25                                                  Attorneys for Tauler Smith

26

27

28

**CERTIFICATE OF SERVICE**

Case No. 3:18-cv-840-GPC-BGS

I HEREBY CERTIFY that on the date stamped in the header above, I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the following document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

GAW | POE LLP

By:   s/ *Mark Poe*
Mark Poe
Attorneys for the Stores