MARK POE (Bar No. 223714)
  mpoe@gawpoe.com
RANDOLPH GAW (Bar No. 223718)
  rgaw@gawpoe.com
SAMUEL SONG (Bar No. 245007)
  ssong@gawpoe.com
VICTOR MENG (Bar No. 254102)
  vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Roma Mikha, Inc., NMRM, Inc. and Skyline Market, Inc.

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

Attorneys for Counter-Defendant Tauler Smith LLP

**SERGENIAN LAW, A PROFESSIONAL CORPOATION**
David A. Sergenian (SBN 230174)
2355 Westwood Blvd. #529
Los Angeles, CA 90064
Telephone: (213) 435-2035
e-Mail: david@sergenianlaw.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No. 3:18-cv-840-GPC-BGS<br><br>**JOINT STIPULATIONS AND AGREEMENTS**<br><br>Trial:     March 14, 2023<br>Time:   8:30 a.m.<br>Judge:  Hon. Gonzalo Curiel<br>Court:   2D |

# JOINT STIPULATIONS AND AGREEMENTS

Pursuant to this Court's Jury Trial Preparation and Scheduling Order, Roma Mikha, Inc.; NMRM, Inc. and Skyline Market, Inc. (collectively, "the Stores"), and Tauler Smith LLP, hereby submit the following stipulated facts.

## STIPULATED FACTS

1. Outlaw Laboratory is a Texas company that sells nutritional supplements online through its website www.outlawlaboratory.com.

2. Outlaw Laboratory is owned by two individuals named Michael Wear and Shawn Lynch.

3. Among the products Outlaw Laboratory sells is an "all natural" "male enhancement product" sold under the names TriSteel and TriSteel 8-hour.

4. A Texas company called JST Distribution worked to identify stores around the country that were selling male enhancement products believed to contain prescription drugs, using funding from a Houston law firm called Pulaski Law Firm.

5. The Pulaski Law Firm's funding to identify potential "target" stores exceeded $1.3 million.

6. Tauler Smith sent a demand letter to each of the three store plaintiffs in this case, on behalf of its client Outlaw Laboratory.

7. The plaintiff Skyline Market agreed to pay Outlaw Laboratory a settlement of $2,800 to avoid being sued and signed a Release.

8. The plaintiff Sunset Liquor did not pay a settlement and has not been sued by Outlaw Laboratory.

9. The plaintiff Bobar 2 did not pay a settlement, and was sued by Outlaw Laboratory along with 49 other retail stores in the San Diego area that also sold male enhancement pills believed to contain prescription drug ingredients.

10.    The Court has dismissed Outlaw Laboratory's claims against Bobar 2 and the other store-defendants, concluding that Outlaw's complaint failed to state a viable legal claim against the stores.

Dated: March 1, 2023

GAW | POE LLP

By:   s/ *Mark Poe*
      Mark Poe
      Attorneys for the Stores

KJC LAW GROUP, A.P.C.

By: _____
      Kevin J. Cole
      Attorneys for Tauler Smith

**CERTIFICATE OF SERVICE**

Case No. 3:18-cv-840-GPC-BGS

I HEREBY CERTIFY that on the date stamped in the header above, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the following document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

GAW | POE LLP

By:   s/ *Mark Poe*
      Mark Poe
      Attorneys for the Stores