MARK POE (Bar No. 223714)
  mpoe@gawpoe.com
RANDOLPH GAW (Bar No. 223718)
  rgaw@gawpoe.com
SAMUEL SONG (Bar No. 245007)
  ssong@gawpoe.com
VICTOR MENG (Bar No. 254102)
  vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Roma Mikha, Inc., NMRM, Inc. and Skyline Market, Inc.

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

Attorneys for Counter-Defendant Tauler Smith LLP

**SERGENIAN LAW, A PROFESSIONAL CORPOATION**
David A. Sergenian (SBN 230174)
2355 Westwood Blvd. #529
Los Angeles, CA 90064
Telephone: (213) 435-2035
e-Mail: david@sergenianlaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No. 3:18-cv-840-GPC-BGS<br><br>**JOINT DEPOSITION DESIGNATIONS**<br><br>Trial:     March 14, 2023<br>Time:    8:30 a.m.<br>Judge:   Hon. Gonzalo Curiel<br>Court:   2D |

# DEPOSITION DESIGNATIONS

Pursuant to this Court's Jury Trial Preparation and Scheduling Order, Roma Mikha, Inc.; NMRM, Inc. and Skyline Market, Inc. (collectively, "the Stores," or Plaintiffs), and Tauler Smith LLP, hereby submit the following deposition designations, which may be offered at trial depending on need pursuant to Federal Rule of Civil Procedure 32(a).

| Offering Party | Witness/Deposition | Designation | Objections |
|---|---|---|---|
| Plaintiffs | Robert Tauler (6/29/19) | 68:11-73:12 | |
| | | 81:18-82:25 | |
| | | 92:8-93:17 | |
| | | 141:17-142:4 | |
| | | 144:7-146:9 | |
| | | 149:25-152:21 | |
| | | 153:13-161:15 | |
| | | 165:1-11 | |
| | | 170:4-176:13 | |
| | | 176:15-179:24 | |
| | | 180:16-184:2 | |
| | | 186:19-190:25 | |
| | | 191:21-192:15 | |
| | | 193:1-194:16 | |
| | | 207:16-208:3 | |
| | | 210:10-214:4 | |
| | | 217:19-218:21 | |
| | | 219:5-222:17 | |

|  |  | 223:21-224:18 |  |
|---|---|---|---|
|  |  | 226:1-23 |  |
|  |  | 235:1-236:4 |  |
|  |  | 237:19-239:1 |  |

Dated:  March 1, 2023               GAW | POE LLP


                                    By:   s/ *Mark Poe*
                                          Mark Poe
                                          Attorneys for the Stores

                                    KJC LAW GROUP, A.P.C.


                                    By:  _____
                                          Kevin J. Cole
                                          Attorneys for Tauler Smith

**CERTIFICATE OF SERVICE**

Case No. 3:18-cv-840-GPC-BGS

I HEREBY CERTIFY that on the date stamped in the header above, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the following document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

GAW | POE LLP

By:   s/ *Mark Poe*
Mark Poe
Attorneys for the Stores