**Exhibit A (Joint Exhibit List)**

**Stores' Exhibits**

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Outlaw v. San Diego Outlet Complaint | Example Outlaw complaint. | | | |
| 2 | 2015.03.30 Analyst Worksheet re Product Rhino 7 | FDA testing results showing non-detect for prescription drug. | | | |
| 3 | 2018.02.07 Email chain [OUT_02698-02701] | Email chain between Mike Wear and CFO of Pulaski Law Firm re funding of the Enterprise. | Y – hearsay (self-serving, not opposing parties, not a business record) | | |
| 4 | Table of JST expenses and funding [OUT_02702-02703] | Table JST expenses and funding showing expenses of JST Distribution's investigation of targets and Pulaski's funding. | Y – hearsay | | |
| 5 | JST Invoices of expenses to Pulaski [Outlaw Supp. Prod. 0001929-0001934] | Series of invoices from JST Distribution documenting its expenses in investigating targets. | Y – hearsay | | |
| 6 | 2018.04.02 Tauler Smith invoice to Outlaw [Outlaw Supp. Prod. 003881-003883] | Tauler Smith invoice to Outlaw | | | |
| 7 | 2018.08.01 Tauler Smith invoice to Outlaw [Outlaw Supp. Prod. 003903-003911] | Tauler Smith invoice to Outlaw | | | |
| 8 | 2018.11.01 Tauler Smith invoice to Outlaw [Outlaw Supp. Prod. 003927-003938] | Tauler Smith invoice to Outlaw | | | |

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 9 | Mikha Dep. Ex. 9 | 2019.07.16 Laboratory test results showing no prescription drugs for item claimed to be purchased from Roma Mikha, Inc. | | | |
| 10 | 2018.12.02 Tauler Smith invoice to Outlaw [Outlaw Supp. Prod. 003955-003961] | Tauler Smith invoice to Outlaw | | | |
| 11 | 2020.07.03 Email chain [Outlaw Supp. Prod. 003724-003728] | Email chain between Robert Tauler, Chris Boss, and others re dispute re distribution of Enterprise proceeds. | | | |
| 12 | 2018.12.19 Capture Group invoice to Pulaski [Outlaw Supp. Prod. 003724-003726] | Table of Capture Group expenses for mailing demand letters, with invoice to Pulaski for same. | Y – hearsay | | |
| 13 | 2020.07.01 Email [Outlaw Supp. Prod. 003737] | Email from Robert Tauler to Wear, Lynch, Reagan re "Night GH" product. | | | |
| 14 | 2017.12.20 Lab test results to JST Distribution re a product called "Red Mamba" | Laboratory test results for "Red Mamba" | | | |
| 15 | Outlaw's Responses to RFAs of Def. Kachi Enterprises | | Y – hearsay (self-serving, not opposing parties) | | |

2

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 16 | Tauler Smith Supplemental Responses to the Stores' Interrogatories | | | | |
| 17 | 2020.06.18 Expert Report of Marri Shabilla | Expert Report of Marri Shabilla, CPA, retained by Plaintiffs regarding damages and/or restitutionary relief | Y - hearsay | | |
| 18 | Ex. 18 to the 2020.06.18 Expert Report of Marri Shabilla | | Y - hearsay | | |
| 19 | 2018.02.07 Demand Letter to Midway Cigars [TSLLP0561-0584] | | Y – more prejudicial | | |

3

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  |  |  | than probative (FRE 403) |  |  |
| 20 | 2018.01.10 Demand Letter to Ebm Jr. Market [TSLLP0585-0609] |  | Y – more prejudicial than probative (FRE 403) |  |  |
| 21 | 2018.02.07 Demand Letter to Big City Liquor [TSLLP0635-0661] |  | Y – more prejudicial than probative (FRE 403) |  |  |
| 22 | 2018.02.07 Demand Letter to Sunset Mini Mart [TSLLP0662-0688] |  | Y – more prejudicial than probative (FRE 403) |  |  |
| 23 | 2018.02.07 Demand Letter to Blaze Smoke Shop [TSLLP0714-0741] |  | Y – more prejudicial than probative (FRE 403) |  |  |
| 24 | 2018.02.07 Demand Letter to Point Loma Liquor [TSLLP0771-0799] |  | Y – more prejudicial than probative (FRE 403) |  |  |
| 25 | 2018.02.07 Demand Letter to Servall Liquor [TSLLP0800-0829] |  | Y – more prejudicial |  |  |

4

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | than probative (FRE 403) | | |
| 26 | 2018.02.07 Demand Letter to Criscola's Liquor Store [TSLLP0830-0859] | | Y – more prejudicial than probative (FRE 403) | | |
| 27 | 2018.02.07 Demand Letter to Greene Cat Liquors [TSLLP0891-0921] | | Y – more prejudicial than probative (FRE 403) | | |
| 28 | 2018.02.07 Demand Letter to Little Brown Jug Liquor [TSLLP0922-0953] | | Y – more prejudicial than probative (FRE 403) | | |
| 29 | 2018.02.07 Demand Letter to Magic Market [TSLLP0954-0985] | | Y – more prejudicial than probative (FRE 403) | | |
| 30 | 2018.02.07 Demand Letter to Midway Wine & Spirits [TSLLP0986-1018] | | Y – more prejudicial than probative (FRE 403) | | |
| 31 | 2018.02.07 Demand Letter to Hilltop Liquor [TSLLP1019-1051] | | Y – more prejudicial than probative (FRE 403) | | |
| 32 | 2018.02.07 Demand Letter to Food Bargain Market [TSLLP1052-1084] | | Y – more prejudicial than probative (FRE 403) | | |

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 33 | 2018.02.07 Demand Letter to Bobar 2 Liquor Store [TSLLP1085-1118] | | Y – more prejudicial than probative (FRE 403) | | |
| 34 | 2018.02.07 Demand Letter to Hillcrest Smoke Shop [TSLLP1187-1221] | | Y – more prejudicial than probative (FRE 403) | | |
| 35 | 2018.02.07 Demand Letter to Bel Air Market [TSLLP1222-1256] | | Y – more prejudicial than probative (FRE 403) | | |
| 36 | 2017.12.15 Demand Letter to Palm Plaza Liquor [TSLLP1284-1316] | | Y – more prejudicial than probative (FRE 403) | | |
| 37 | Invoice from San Diego Cash & Carry [NMRM010-011] | Invoice to Sunset Market, showing purchases of subject products. | | | |
| 38 | Invoices from San Diego Cash & Carry [NMRM012-035] | Series of invoices to Sunset Market, showing purchases of subject products. | | | |
| 39 | Invoices from San Diego Cash & Carry [ROMA010-017] | Series of invoices to Bobar Liquor #2, showing purchases of subject products. | | | |

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 40 | Video of Robert Tauler | A cell-phone video of Mr. Tauler in which he acknowledges "extorting people," and displays seemingly expensive jewelry. | Y – more prejudicial than probative (FRE 403) | | |
| 102 | Tauler Dep. Ex. 102 | List of federal lawsuits filed by Tauler Smith for JST Distribution. | | | |
| 103 | Tauler Dep. Ex. 103 | 2017.03.22 JST Distribution Certificate of Formation | | | |
| 105 | Tauler Dep. Ex. 105 | 2016.09.12 Outlaw Laboratory Certificate of Formation | | | |
| 106 | Tauler Dep. Ex. 106 | 2017.12.21 Demand Letter to Bobar 2 Liquor Store (Roma Mikha, Inc.) | | | |
| 107 | Tauler Dep. Ex. 107 | 2017.12.15 Demand Letter to Sunset Liquor (NMRM, Inc.) | | | |
| 108 | Tauler Dep. Ex. 108 | 2018.02.07 Demand Letter to Skyline Market | | | |
| 109 | Tauler Dep. Ex. 109 | 2018.05.03 Settlement Agreement for Skyline Market | | | |
| 110 | Tauler Dep. Ex. 110 | 2018.06.22 Demand Letter to Lucky's Liquor | Y – more prejudicial than probative (FRE 403) | | |
| 111 | Tauler Dep. Ex. 111 | 2018.02.22 Demand Letter to Citgo | Y – more prejudicial than probative (FRE 403) | | |
| 112 | Tauler Dep. Ex. 112 | 2018.08.14 Email showing Demand Letter to a BP in North Carolina | Y – more prejudicial than probative (FRE 403) | | |

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 113 | Tauler Dep. Ex. 113 | Outlaw Laboratory Supp. Responses to Stores' Interrogatories | Y - hearsay | | |
| 114 | Tauler Dep. Ex. 114 | 2019.01.25 Tauler Smith Trust Report listing certain settlement proceeds | | | |
| 115 | Tauler Dep. Ex. 115 | 2017.01.02 Tauler Smith Invoice to Outlaw Laboratory | | | |
| 116 | Tauler Dep. Ex. 116 | 2018.08.09 Letter from M. Poe to Tauler Smith | Y – hearsay, self-serving | | |
| 117 | Tauler Dep. Ex. 117 | 2018.08.09 Email from R. Tauler To M. Poe | | | |
| 118 | Tauler Dep. Ex. 118 | Tauler Smith Responses to Stores' First Interrogatories | | | |
| 119 | Tauler Dep. Ex. 119 | Tauler Smith's proffered list of all its settlements | | | |
| 120 | Tauler Dep. Ex. 120 | 2018.07.28 Outlaw Settlement with an Arco in Federal Way, WA | | | |
| 121 | Tauler Dep. Ex. 121 | 2018.10.12 Outlaw Settlement with multiple NJ stores | | | |
| 122 | Tauler Dep. Ex. 122 | 2018.06.11 Outlaw Settlement with a Shell in Texas | | | |
| 123 | Tauler Dep. Ex. 123 | 2018.12.11 Outlaw Settlement with Trop Stop Gas & Car Wash in Las Vegas, NV | | | |

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 124 | Tauler Dep. Ex. 124 | 2018.09.19 Outlaw Settlement with Tucker Investment Corporation of Atlanta, GA | | | |
| 125 | Tauler Dep. Ex. 125 | 2018.06.01 Letter from 7-11 General Counsel to franchisees describing opt-in settlement of Outlaw claims. | | | |
| 126 | Tauler Dep. Ex. 126 | 2020.06.09 Declaration of Robert Tauler and Ex. A | | | |
| 128 | Tauler Dep. Ex. 128 | 2019.01.10 Tauler Smith invoice to Outlaw Laboratory | | | |

**Tauler Smith Exhibits**

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| A | 5/4/2018 Settlement Agreement | Skyline's settlement agreement with Outlaw | | | |
| B | Criminal Prosecutions | Selected criminal prosecutions over related products throughout the country | X | | |
| C | 2/7/2018 Demand Letter | Tauler Smith's demand letter to Skyline | | | |

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| D | 3/20/2020 Outlaw Laboratory LP's Interrogatory Responses | Outlaw's discovery responses identifying the various attorneys it hired to perform the same services Tauler Smith performed | | | |
| E | 9/16/2016 Outlaw Laboratory LP Certificate of Filing | Corporate document showing the establishment of Outlaw in Texas and identifying its principals | | | |
| F | 5/7/2018 Skyline Payment Letter Sent by Garmo & Garmo LP to Tauler Smith | Proof of settlement funds paid by Skyline to Tauler Smith | | | |
| G | 10/30/2019 Default Judgement in Case No. 18-12497, *Outlaw Laboratory, LP v. 902 Dort Inc., et. al.* | Default judgments entered against various stores in the Eastern District of Michigan | X | | |
| H | 10/10/2018 Notice of Ruling on Demurrer to First Amended Complaint in Case No. SC129302, *Outlaw Laboratory LP v. Lucky Liquor & Mini Mart, et. al.* | Court rulings denying motions to dismiss filed by other stores | X | | |
| I | 6/30/2020 Outlaw Laboratory LP Supplemental Production of Testing Results | Pill test results | | | |
| J | 1/31/2019 Outlaw Laboratory LP Responses to Special Interrogatories, Set 1 | Outlaw's discovery responses (SRogs) | | | |
| K | 5/18/2020 Outlaw Laboratory LP Responses to Requests for Admission, Set 1 | Outlaw's discovery responses (RFAs) | X | | |
| L | 1/25/2018 Complaint in Case No 3:18-ca-557, *Outlaw Laboratory LP v. Al-Eryani Wholesale Inc.* | Complaints filed against distributors | X | | |

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| M | 7/10/2017 RTP Labs Sample Analysis Report | Pill test results | X | | |
| N | FDA Public Notifications | FDA's classification of the pills at issue | X | | |
| O | Various news articles | Articles related to the dangers and deaths associated with male sexual supplements | X | | |
| P | Invoices from PEG Nutrition LLC to Outlaw Laboratory LP | | X | | |
| Q | 6/23/2020 Settlement Agreement | Settlement agreement between Outlaw Laboratory LP and the Stores | X | | |
| R | Emails between Tauler Smith, Mike Wear, and Shawn Lynch | | X | | |
| S | Emails between Robert Tauler and Sean Reagan | | | | |
| T | Emails between Mark Poe, Sean Reagan, Mike Wear, and Shawn Lynch related to the Settlement Agreement | | X | | |
| U | Tauler Smith Engagement Agreements | | X | | |
| V | Hasim Distribution Products List | | X | | |

| Ex. No. | Bates/Identification | Description | Admissibility Challenged? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| W | 9/28/2020 Hasim Guilty Plea | | X | | |
| X | Wear Indictment | January 16, 2020 Indictment of Michael Wear | X | | |
| Y | Order Setting Conditions of Release on Michael Wear | Pretrial release conditions imposed on Michael Wear in his criminal case | X | | |
| Z | 2/27/2019 wire sent from Akrum Alrahib to Gaw Poe | | X | | |
| AA. | Physical sampling of male enhancement pills (actual pills) from the various stores at issue in this case | | X | | |
| BB. | 10/28/2020 Gaw Poe Letter | "Infringement of Trademark Rights of U.S Wholesale Outlet & Distribution, Inc." in Case No. 2:20-cv-02379-KJM-A. | X | | |
| CC. | Government's Sentencing Position for Defendant Nam Hyun Lee | Sentencing memo as to Nam Hyun Lee in *U.S. v. Lee* (Case No. 8:18-cr-00226-JVS) | X | | |