UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No. 3:18-cv-840-GPC-BGS<br><br>**THE STORES' PROPOSED VERDICT FORM**<br><br>Trial Date: March 14, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. Gonzalo Curiel<br>Courtroom: 2D |

1. Do you find that the Stores have proved by a preponderance of the evidence that Tauler Smith LLP violated section 1962(c) of the RICO Act?

    Circle YES or NO.

2. Do you find that the Stores have proved by a preponderance of the evidence that Tauler Smith LLP violated section 1962(d) of the RICO Act by conspiring to violate section 1962(c)?

    Circle YES or NO.

3. If you answered YES to either or both of the preceding questions, do you find that the Stores have proved by a preponderance of the evidence that they suffered damage to their business as a result?

    Roma Mikha, Inc. ("Bobar 2"):   Circle YES or NO.
    NMRM, Inc. ("Sunset Liquor"):   Circle YES or NO.
    Skyline Market, Inc. ("Skyline Market"):   Circle YES or NO.

4. If you answered YES for one or more of the Stores in the preceding question, state the amount of damages you find have been proven by a preponderance of the evidence:

    Roma Mikha, Inc. ("Bobar 2"): _____
    NMRM, Inc. ("Sunset Liquor"): _____
    Skyline Market, Inc. ("Skyline Market"): _____

5. Do you find that Skyline Market has proved by a preponderance of the evidence that its consent to the Settlement Agreement was obtained by fraud?

Circle YES or NO.

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

_____        _____
Foreperson                                                                     Date