1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT
9 SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No. 3:18-cv-840-GPC-BGS<br><br>**TAULER SMITH'S PROPOSED VERDICT FORM**<br><br>Trial Date:  March 14, 2023<br>Time:          8:30 a.m.<br>Judge:        Hon. Gonzalo Curiel<br>Courtroom: 2D |

## **Roma Mikha**

1. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No _____

2. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent Roma Mikha a legal demand letter?

Answer Yes or No _____

3. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No _____

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to Roma Mikha's business or property?

Answer Yes or No _____

5. If you found that Tauler Smith is liable to Roma Mikha, what is the amount of damages Roma Mikha sustained that was proximately caused by the violation?

$ _____

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

_____          _____
Foreperson                                                          Date

## **Skyline Market**

1. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No _____

2. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent Skyline Market a legal demand letter?

Answer Yes or No _____

3. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No _____

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to Skyline Market's business or property?

Answer Yes or No _____

5. If you found that Tauler Smith is liable to Skyline Market, what is the amount of damages Skyline Market sustained that was proximately caused by the violation?

$ _____

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

_____        _____
Foreperson                                                         Date

## NMRM, Inc.

1. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No _____

2. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent NMRM, Inc. a legal demand letter?

Answer Yes or No _____

3. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No _____

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to NMRM, Inc.'s business or property?

Answer Yes or No _____

5. If you found that Tauler Smith is liable to NMRM, Inc., what is the amount of damages NMRM, Inc. sustained that was proximately caused by the violation?

$ _____

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

_____           _____
Foreperson                                                              Date