UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTLAW LABORATORIES, LP LITIGATION | Case No.:  18-cv-840-GPC-BGS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO QUASH**<br><br>**[ECF No. 414]** |

On March 9, 2023, Freddy Garmo—an attorney no longer actively involved in the above-captioned litigation—filed a motion to quash the non-party trial subpoena.  ECF No. 414.  The Court will set the following briefing schedule.  Any opposition or responsive papers shall be filed on or before **Friday, March 10, 2023 at 4:30 PM**.  A hearing on this matter is scheduled for **Monday, March 13, 2023 at 3:30 PM in Courtroom 2D.**  Parties may appear telephonically; the Court will email all parties the necessary details for calling in to the hearing.

**IT IS SO ORDERED.**

Dated:  March 9, 2023

Hon. Gonzalo P. Curiel
United States District Judge

18-cv-840-GPC-BGS