1  MARK POE (Bar No. 223714)
     mpoe@gawpoe.com
2  RANDOLPH GAW (Bar No. 223718)
     rgaw@gawpoe.com
3  VICTOR MENG (Bar No. 254102)
     vmeng@gawpoe.com
4  GAW | POE LLP
5  4 Embarcadero, Suite 1400
   San Francisco, CA 94111
6  Telephone: (415) 766-7451
7  Facsimile: (415) 737-0642

Attorneys for the Stores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re OUTLAW LABORATORY, LP Litigation

Case No. 3:18-cv-840-GPC-BGS

**NOTICE OF LODGING PLAINTIFFS' TRIAL EXHIBIT 140**

Trial Date: March 14, 2023
Time: 8:30 a.m.
Judge: Hon. Gonzalo Curiel
Courtroom: 2D

| | |
|---|---|
| 1 | Attached as Exhibit A hereto, and identified as Plaintiffs' Trial Exhibit 140, |
| 2 | is a true and correct copy of the transcript of Robert Tauler's June 20, 2020 |
| 3 | videotaped deposition, excerpts of which were played on Day 2 of the jury trial in |
| 4 | the above-captioned matter. |
| 5 | |
| 6 | Dated:  March 15, 2023                    GAW | POE LLP |
| 7 | |
| 8 | By:    s/ *Mark Poe* |
| 9 |       Mark Poe |
|   |       Attorneys for Roma Mikha, Inc., |
| 10 |       NMRM, Inc., Skyline Market, Inc. |

# CERTIFICATE OF SERVICE
Case No. 3:18-cv-840-GPC-BGS

I HEREBY CERTIFY that on March 15, 2023, I filed the following documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

**NOTICE OF LODGING PLAINTIFFS' TRIAL EXHIBIT 140**

GAW | POE LLP

By: /s/ Mark Poe
Mark Poe
Attorneys for the Stores