# Exhibit A

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
 6   IN RE OUTLAW LABORATORY, *
 7   LP LITIGATION            *  Case No.
 8   -------------------------*  3:18-cv-840-GPC-BGS
 9
10
11         CONFIDENTIAL - ATTORNEYS' EYES ONLY
12
13
14     INTERNET VIDEO-CONFERENCED VIDEO DEPOSITION OF
15                  ROBERT TAULER, ESQ.
16                    Pages 1 - 243
17
18                 Monday, June 29, 2020
19
20
21
22   Reported remotely by:
23              Marty E. McArver, CA-CSR #2769
24              NCRA Registered Diplomate Reporter
25
```

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF CALIFORNIA

 3

 4

 5

 6   IN RE OUTLAW LABORATORY,  *

 7   LP LITIGATION             *   Case No.

 8   -------------------------*   3:18-cv-840-GPC-BGS

 9

10

11

12         CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14

15

16      INTERNET VIDEO-CONFERENCED VIDEO DEPOSITION

17   OF ROBERT TAULER, ESQ., taken on behalf of Store

18   Defendants, Counterclaimant, and Third-Party Plaintiffs

19   pursuant to Second Amended Notice of Deposition of

20   Robert Tauler, via Huseby RingCentral, on Monday,

21   June 29, 2020, from 10:17 a.m. PDT to 4:47 p.m. PDT,

22   before Marty E. McArver, Certified Shorthand Reporter

23   #2769 in and for the State of California.

24

25
```

IN RE: OUTLAW LABORATORY LP LITIGATION
Attorneys Eyes Only          Robert Tauler on 06/29/2020

```
 1   APPEARANCES:
 2
 3   COUNSEL FOR OUTLAW LABORATORY, LP; MICHAEL WEAR;
 4            and SHAWN LYNCH
 5   LEYH, PAYNE & MALLIA, PLLC
 6   9545 Katy Freeway
 7   Suite 200
 8   Houston, Texas   77024
 9   BY:  SEAN M. REAGAN, ESQ.
10        713.980.5237
11        sreagan@lpmfirm.com
12
13
14   COUNSEL FOR STORES NMRM, INC.; SKYLINE MARKET,
15            INC.; and ROMA MIKHA, INC.
16   GAW POE LLP
17   4 Embarcadero
18   Suite 1400
19   San Francisco, California   94111
20   BY:  MARK POE, ESQ.
21        415.766.7451
22        mpoe@gawpoe.com
23
24
25
```

```
 1   APPEARANCES (continued):
 2
 3   COUNSEL FOR TAULER SMITH, LLP, and WITNESS
 4   SERGENIAN ASHBY, LLP
 5   1055 West Seventh Street
 6   33rd Floor
 7   Los Angeles, California  90017
 8   BY:   DAVID A. SERGENIAN, ESQ.
 9         323.318.7771, Ext. 101
10         david@sergenianashby.com
11
12
13   STEPHEN SMITH, VIDEOGRAPHER
14   (Appearing Remotely)
15
16
17   LINDSEY WALSTON, HUSEBY TECHNICIAN   (A.M. Session)
18   (Appearing Remotely)
19   -- and --
20   SPENCER FERGUSON, HUSEBY TECHNICIAN  (P.M. Session)
21   (Appearing Remotely)
22
23
24
25
```

```
 1                      I N D E X

 2

 3   WITNESS                                          PAGE

 4   ROBERT TAULER, ESQ.

 5      Examination by Mr. Poe                          17

 6

 7

 8   Video Media No. 1                                  15

 9

10

11   DESIGNATION:  CONFIDENTIAL - ATTORNEYS EYES ONLY  23

12

13

14

15        QUESTIONS WITH INSTRUCTIONS NOT TO ANSWER

16          Page     Line        Page     Line

17            35       9           73       25

18            35      22           83        2

19            36       4          111       10

20            36      16          112       20

21            57      17          124       19

22            61      13          191        7

23                                235        1

24

25
```

▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

```
 3   BY MR. POE:
 4       Q    Mr. Tauler, do you have Exhibit 114 in
 5   front of you?
 6       A    What?
 7       Q    Exhibit 114, do you have it in front
 8   of you?
 9       A    Yes.
10       Q    And what is Exhibit 114?
11       A    I don't know.  I didn't create it.
12       Q    So is it your testimony that the document
13   titled "Tauler Smith, LLP - Trust Report" is not a
14   document created by Tauler Smith?
15       A    I think it's probably something created
16   by Joseph Valerio.  I didn't --
17       Q    Okay.  Do you agree with me that
18   Exhibit 114 purports to record a number of
19   settlements from a couple of dozen stores during
20   the first two weeks of January 2019?
21       A    I have no idea if it's completely made up.
22   I have no idea what a document purports to record.
23   That makes no sense to me.
24            I'm telling you I did not create it.  I
25   don't know what it is.
```

```
 1            I suspect Joseph Valerio created it for
 2   some reason, to benefit himself.  And that's the end
 3   of the story.  That's all I can tell you about this.
 4       Q    Was Exhibit 114 among the documents that
 5   you provided to Outlaw Laboratory in this case?
 6       A    No.  Not --
 7            Are you speaking to me as an individual
 8   or on behalf of the company?
 9       Q    Tauler Smith, the company.
10       A    I have no idea.  I'm not familiar with this
11   document, as I said.  I imagine so.
12            I think Joseph --
13            (Reporter requests clarification.)
14       A    Joseph Valerio sent Outlaw this document
15   for some reason, probably for his own reason.
16            Next question.
17       Q    How do you know that Joseph Valerio sent
18   this document to Outlaw Laboratory?
19       A    Well, he's my bookkeeper --
20            MR. SERGENIAN:  Misstates testimony --
21            THE WITNESS:  -- smart alec.
22            He's my bookkeeper and that's what
23   bookkeepers do.
```

███████████████████████████████████
██████████

3          You know, the only way you can win is
4    dirty tricks.  And I have so much power behind me,
5    you will see how bad your life is going to get.
6    You thought 2019 was bad?  The truth, when it comes
7    out, it's going to not be pretty for you and your
8    partners, if you even have them by the end of this
9    year.
10         So I will answer your question for the
11   third time.  I did not create this document.  I
12   don't know what it purports to record.
13         Let's move on.
██████████
████████████████████
████████████████████
██████████
██████████
█████████████████████
█████████████████████
████████████
██████████████████████
██████████████████████
███████████████
█████████████

```
 1              REPORTER'S CERTIFICATION
 2      I, Marty E. McArver, Certified Shorthand Reporter
 3  #2769 for the State of California, do hereby certify:
 4      That the witness was administered the oath
 5  remotely by me pursuant to Emergency Rule 11 by order
 6  dated April 10, 2020, of the Chief Justice of the
 7  California Judicial Council allowing the witness to
 8  be sworn remotely;
 9      That the deposition was taken remotely via Huseby
10  RingCentral Internet video-conference before me at
11  the time herein set forth; that the testimony and
12  proceedings were reported stenographically by me and
13  later transcribed into typewriting under my direction;
14  that the foregoing is a true record of the testimony
15  and proceedings heard and understood by me at that
16  time; and that neither the witness nor counsel present
17  at the deposition requested that the witness read and
18  sign the deposition transcript.
19      I further certify that I am not connected with
20  nor related to any of the parties in said action, nor
21  to their respective counsel.
22      IN WITNESS WHEREOF, I have hereunto set my hand
23  this 16th  day of July, 2020.
24                         _____
25                         MARTY E. McARVER, CA CSR #2769
```