**FILED**

MAR 16 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No. 3:18-cv-840-GPC-BGS <br><br> **VERDICT FORM** |
|---|---|

Dated: March 16, 2023

*/s/ Gonzalo P. Curiel*
Hon. Gonzalo P. Curiel
United States District Judge

**NMRM, Inc. (Sunset Liquor)**

1. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No ___Yes___

2. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent NMRM, Inc. a legal demand letter?

Answer Yes or No ___Yes___

3. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No ___Yes___

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to NMRM, Inc.'s business or property?

Answer Yes or No ___Yes___

5. If you found that Tauler Smith is liable to NMRM, Inc., what is the amount of damages NMRM, Inc. sustained that was proximately caused by the violation?

$ ___5,940.00___

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

[signature redacted]      ___3/16/23___
Foreperson                Date

### Roma Mikha (Bobar No. 2 Liquor)

1. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No ___Yes___

2. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent Roma Mikha a legal demand letter?

Answer Yes or No ___Yes___

3. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No ___Yes___

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to Roma Mikha's business or property?

Answer Yes or No ___Yes___

5. If you found that Tauler Smith is liable to Roma Mikha, what is the amount of damages Roma Mikha sustained that was proximately caused by the violation?

$ ___2,700.00___

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

___[redacted]___     ___3/16/23___
Foreperson              Date

2                                           VERDICT

## Skyline Market

1. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No ___Yes___

2. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent Skyline Market a legal demand letter?

Answer Yes or No ___Yes___

3. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No ___Yes___

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to Skyline Market's business or property?

Answer Yes or No ___Yes___

5. If you found that Tauler Smith is liable to Skyline Market, what is the amount of damages Skyline Market sustained that was proximately caused by the violation?

$ ___3,300.00___

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

___[redacted]___  ___3/16/23___
Foreperson                Date

3                                    VERDICT