UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OUTLAW LABORATORY, LP Litigation. | Case No.:  18-CV-0840-GPC-BGS<br>Consolidated Case No.: 18-CV-1882<br><br>**JUDGMENT FOLLOWING JURY VERDICT** |

This action came before the Court for trial by jury commencing on March 14, 2023, in Courtroom 2D of the above-entitled Court, with the Honorable Gonzalo P. Curiel presiding.  The counter-claimants Roma Mikha, Inc. and third-party plaintiffs NMRM, Inc. and Skyline Market, Inc. ("Stores"), were represented by their attorney, Mark Poe, ESQ.  The party defending against the claims, Tauler Smith LLP, was represented by Kevin J. Cole, ESQ.

After the presentation of evidence and arguments of counsel, the jury was duly instructed by the Court, and the case was submitted to the jury on March 16, 2023, with directions to return a verdict form.  The jury deliberated and thereafter returned on March 16, 2023, with its verdict form.  The verdict was in the Stores' favor, as shown by

the jury's responses on the signed verdict form, a redacted copy of which is attached hereto as Exhibit "A."

Accordingly, pursuant to the jury's findings, the Court enters judgment in the Stores' favor on all counts.

**IT IS SO ORDERED.**

Dated:  March 24, 2023

*(signature)*
Hon. Gonzalo P. Curiel
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

FILED

MAR 1 6 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: OUTLAW LABORATORY, LP LITIGATION | Case No. 3:18-cv-840-GPC-BGS<br><br>**VERDICT FORM** |

Dated: March 16, 2023

Hon. Gonzalo P. Curiel
United States District Judge

**NMRM, Inc. (Sunset Liquor)**

1. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No ___Yes___

2. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent NMRM, Inc. a legal demand letter?

Answer Yes or No ___Yes___

3. Do you unanimously find that NMRM, Inc. proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No ___Yes___

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to NMRM, Inc.'s business or property?

Answer Yes or No ___Yes___

5. If you found that Tauler Smith is liable to NMRM, Inc., what is the amount of damages NMRM, Inc. sustained that was proximately caused by the violation?

$ ___5,940.00___

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

███████████████████████████████              ___3/16/23___
Foreperson                                    Date

███████████████████████████████

1                                              VERDICT

### Roma Mikha (Bobar No. 2 Liquor)

1. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No ___Yes___

2. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent Roma Mikha a legal demand letter?

Answer Yes or No ___Yes___

3. Do you unanimously find that Roma Mikha proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No ___Yes___

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to Roma Mikha's business or property?

Answer Yes or No ___Yes___

5. If you found that Tauler Smith is liable to Roma Mikha, what is the amount of damages Roma Mikha sustained that was proximately caused by the violation?

$ ___2,700.00___

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

[Foreperson signature redacted]   Date: 3/16/23

Foreperson

2   VERDICT

## Skyline Market

1. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith directed the affairs of an enterprise through a pattern of racketeering activity?

Answer Yes or No __Yes__

2. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith committed two predicate acts of mail fraud when it sent Skyline Market a legal demand letter?

Answer Yes or No __Yes__

3. Do you unanimously find that Skyline Market proved by a preponderance of the evidence that Tauler Smith engaged in an agreement with another entity to commit a substantive violation of RICO, through the predicate acts of mail fraud?

Answer Yes or No __Yes__

4. Do you find that Tauler Smith's conduct constituting the alleged violation caused an injury to Skyline Market's business or property?

Answer Yes or No __Yes__

5. If you found that Tauler Smith is liable to Skyline Market, what is the amount of damages Skyline Market sustained that was proximately caused by the violation?

$ __3,300.00__

When you have completed this verdict form, have your foreperson sign and date it, and advise the clerk or bailiff that you have done so.

__✓__ Foreperson

Date __3/16/23__