# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Outlaw Laboratory, LP | **COURT CASE NUMBER** 18-CV-0840-GPC-BGS / 18-CV-1882 |
| **DEFENDANT** DG IN PB, LLC, et al. | **TYPE OF PROCESS** Writ and Bank Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JPMorgan Chase Bank, N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2551 Fifth Ave, San Diego, CA 92103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Daniel F. Lula
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626

APR 10 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Levy upon all deposit accounts, safe deposit boxes, and investments in the possession or under the control of JPMorgan Chase Bank, N.A. in the name or benefit of Tauler Smith LLP whether or not bank records reflect FEIN 47-3237920.

Signature of Attorney other Originator requesting service on behalf of:
*Daniel Lula* [x] CREDITOR [ ] DEFENDANT
TELEPHONE NUMBER: (844) 323-1799
DATE: 4/1/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 98
District to Serve No. 98
Signature of Authorized USMS Deputy or Clerk
Date: 4/8/2024

I hereby certify and return that I [x] have personally served, [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above): Claudia Salgado
Date: 4/9/24  Time: 1:55 [x] pm

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

4-9-24 Gave paperwork to Claudia Salgado (Lead Asst ~~~)

# of Deputies: 1    $65.00
Total Deputy Time: 1
R/T Mileage: n/a
Fwd Fees: 0

Form USM-285
Rev. 03/21