**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Outlaw Laboratory, LP | 18-CV-0840-GPC-BGS / 18-CV-1882 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DG IN PB, LLC, et al. | Writ and Bank Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BMO Bank N.A.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
701 B St, Ste 150, San Diego, CA 92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Daniel F. Lula
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626

FILED APR 10 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Levy upon all deposit accounts, safe deposit boxes, and investments in the possession or under the control of BMO Bank N.A. in the name or benefit of Tauler Smith LLP whether or not bank records reflect FEIN 47-3237920.

Signature of Attorney other Originator requesting service on behalf of: [x] CREDITOR  [ ] DEFENDANT
*/s/ Daniel Lula*

TELEPHONE NUMBER: (844) 323-1799
DATE: 4/1/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | | 4/8/2024 |

I hereby certify and return that I [x] have personally served, [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Jason Compher

Date: 4.8.24
Time: 2:13 [x] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

4-8-24 Served Jason Compher (Bank Manager)

# of Deputies: 1   $65.00
Total Deputy Time: 1
R/T Mileage: n/a
Fwd Fees: 0

Form USM-285
Rev. 03/21