**EJ-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|
| After recording, return to: |
| Daniel F. Lula, State Bar No. 227295 |
| Rimon Law P.C. |
| 2029 Century Park East |
| Suite 400N |
| Los Angeles, CA 90067 |
| TEL NO.: (617) 963-0419    FAX NO. (optional): (213) 375-3811 |
| E-MAIL ADDRESS *(Optional):* |
| [X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 333 West Broadway
MAILING ADDRESS: same as above
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: James M. Carter & Judith N. Keep Courthouse

PLAINTIFF: In re OUTLAW LABORATORY, LP Litigation
DEFENDANT: n/a

CASE NUMBER: 3:18-cv-00840-GPC-BGS

### ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   Roma Mikha, Inc., NMRM, Inc., Skyline Market, Inc., c/o Gaw Poe LLP, 4 Embarcadero Center, Suite 1400, San Francisco, CA 94111

3. Full name and address of assignee of record, if any:
   Collect Co, 700 S. Flower St., Suite 1000, Los Angeles, CA 90017

4. Full name and address of judgment debtor being fully or partially released:*
   Tauler Smith LLP, 626 Wilshire Blvd., Suite 510, Los Angeles, CA 90017

5. a. Judgment entered on *(date):* 3/24/2023
   b. [ ] Renewal entered on *(date):*

6. [ ] An [ ] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| | | |

7. [X] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):* U240026521116

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: December 5, 2024

▶ *Daniel Lula* (signature)

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250